**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

| | |
|---|---|
| 970 Broad Street, Suite 700 | *general number*:  (973) 645-2700 |
| Newark, New Jersey 07102 | *telephone: (973)* |
| | *fax: (973) 297-2010* |
| | *e-mail: @usdoj.gov* |

October 29, 2013

Soheil Zaerpour, pro se
16C Thornton Place
Clifton, New Jersey 07012

> Re:   Zaerpour v. Federal Bureau of Investigation
>        Civil Action No. 13-6073

Dear Mr. Zaerpour;

It has come to my attention that a complaint has been filed in this matter. Please be advised that pursuant to Federal Rules of Civil Procedure, Rule 4(i), you have not properly served the United States. Service must be made as specified in Rule 4.   Until such time as service is properly made in this case, we are under no obligation to respond to the complaint.

Very truly yours,

PAUL J. FISHMAN
United States Attorney

/Susan Handler-Menahem

_____

By:   SUSAN HANDLER-MENAHEM
Assistant U.S. Attorney

cc:  William Walsh, Clerk (via ECF)