AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-cv-6073 (ES)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    the Federal Bureau of Investigation

was received by me on *(date)*    10/17/2013    .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* The F.B.I., U.S. District Attorney and U.S. Attorney General have all received a copy of the Summons and the complaint on 18 October 2013 as per UPS attached proof of delivery.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    11/01/0201

*Server's signature*

Soheil Zaerpour (Pro Se)
*Printed name and title*

16-C Thornton Place
Clifton, New Jersey 07012
(646) 712-3172
*Server's address*

Additional information regarding attempted service, etc:
- Enclosure.

RECEIVED
NOV 06 2013
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

# Shipment Details

**MMPK8V8KPUA0J**

THE UPS STORE #2608
1360 CLIFTON AVE
CLIFTON, NJ 070121343
(973) 777-0344

| | |
|---|---|
| Print Date: | Mon 21 Oct 2013 |
| Shipper No.: | 58A48F |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

## Shipment Information

| Sender | Recipient | Shipping Information | |
|---|---|---|---|
| SOHEL ZAERPOUR<br>16-C THORNTON PL.<br>Clifton, NJ 07012<br>Tel: (646) 712-3172<br>Residential | FEDERAL BUREAU OF INVESTIGATION<br>11 CENTER PL<br>NEWARK, NJ 07102-4533<br>Business | Ship Date:<br>Delivery Date:<br>Service / Zone:<br>Package Info: | Thu 17 Oct 2013<br>Fri 18 Oct 2013 EOD (Expected)<br>UPS Ground Com / 2<br>Other Packaging: 10 x 7 x 1<br>0.100 lbs Actual<br>1.00 lbs Billed<br>Customer Packed: 1 |
| | | Description: | DOCUMENTS |

| Shipment Service Options | Billing | Drop-Off Location | Shipment Charges | |
|---|---|---|---|---|
| E-mail Notification | Company Account(Prepaid) | THE UPS STORE #2608<br>1360 CLIFTON AVE<br>CLIFTON, NJ 07012-1343 US | UPS Ground Com | 8.01 |
| | | | Fuel Surcharge | .56 |
| | | | **Shipping Charges:** | **$ 8.57** |
| | | | CMS Processing Fee | .20 |
| | | | **Total Charges:** | **$ 8.77** |

## Shipment Tracking and Reference Information

**Tracking Information**

| | |
|---|---|
| Status: | DELIVERED |
| Delivery Date: | Fri Oct 18 2013 10:25AM (Actual) |
| Carrier Trk#: | 1Z58A48F0348019135 |
| Shipment ID: | MMPK8V8KPUA0J |
| Location: | DOCK |
| Signed By: | PERRICANE |
| Ref 1: | |
| Ref 2: | |

**Last Scan**

10/18/2013 10:25:00 AM DELIVERED NEWARK, NJ US



Tracking No:    1Z58A48F0348019135

Shipment ID:    MMPK8V8KPUA0J

| | |
|---|---|
| Order/Item # | 76786360 |
| Ref# | MD |

iShip

Page 1 of 1

# Shipment Details

**MMPK8V8EC8RA3**

THE UPS STORE #2608
1360 CLIFTON AVE
CLIFTON, NJ  070121343
(973) 777-0344

| | |
|---|---|
| Print Date: | Mon 21 Oct 2013 |
| Shipper No.: | 58A48F |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

## Shipment Information

| Sender | Recipient | Shipping Information | |
|---|---|---|---|
| SOHEIL ZAERPOUR<br>16-C THORNTON PL.<br>Clifton, NJ 07012<br>Tel: (646) 712-3172<br>Residential | U.S. ATTORNEY GENERAL<br>U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530-0001<br>Business | Ship Date:<br>Delivery Date:<br>Service / Zone:<br>Package Info: | Thu 17 Oct 2013<br>Fri 18 Oct 2013 EOD (Expected)<br>UPS Ground Com / 3<br>Other Packaging: 10 x 7 x 1<br>0.100 lbs Actual<br>1.00 lbs Billed<br>Customer Packed: 1 |
| | | Description: | DOCUMENTS |

| Shipment Service Options | Billing | Drop-Off Location | Shipment Charges | |
|---|---|---|---|---|
| E-mail Notification | Company Account(Prepaid) | THE UPS STORE #2608<br>1360 CLIFTON AVE<br>CLIFTON, NJ 07012-1343 US | UPS Ground Com | 8.50 |
| | | | Fuel Surcharge | .60 |
| | | | **Shipping Charges:** | **$ 9.10** |
| | | | CMS Processing Fee | .20 |
| | | | **Total Charges:** | **$ 9.30** |

## Shipment Tracking and Reference Information

**Tracking Information**

| | |
|---|---|
| Status: | DELIVERED |
| Delivery Date: | Fri Oct 18 2013  9:08AM (Actual) |
| Carrier Trk#: | 1Z58A48F0314738403 |
| Shipment ID: | MMPK8V8EC8RA3 |
| Location: | PU AT CTR |
| Signed By: | OWENS |
| Ref 1: | |
| Ref 2: | |

**Last Scan**

10/18/2013 09:08:00 LANDOVER DC US



Tracking No:   1Z58A48F0314738403



Shipment ID:   MMPK8V8EC8RA3

| | |
|---|---|
| Order/Item # | 76786360 |
| Ref# | MD |

 iShip

Page 1 of 1

# Shipment Details

**MMPK8V8HJKYZW**

THE UPS STORE #2608
1360 CLIFTON AVE
CLIFTON, NJ 070121343
(973) 777-0344

| | |
|---|---|
| Print Date: | Mon 21 Oct 2013 |
| Shipper No.: | 58A48F |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

## Shipment Information

| Sender | Recipient | Shipping Information | |
|---|---|---|---|
| SOHEIL ZAERPOUR<br>16-C THORNTON PL.<br>Clifton, NJ 07012<br>Tel: (646) 712-3172<br>Residential | U.S. DISTRICT ATTORNEY<br>970 BROAD ST<br>FL 7<br>NEWARK, NJ 07102-2527<br>Business | Ship Date:<br>Delivery Date:<br>Service / Zone:<br>Package Info:<br><br><br><br>Description: | Thu 17 Oct 2013<br>Fri 18 Oct 2013 EOD (Expected)<br>UPS Ground Com / 2<br>Other Packaging: 10 x 7 x 1<br>0.100 lbs Actual<br>1.00 lbs Billed<br>Customer Packed: 1<br>DOCUMENTS |

| Shipment Service Options | Billing | Drop-Off Location | Shipment Charges | |
|---|---|---|---|---|
| E-mail Notification | Company Account(Prepaid) | THE UPS STORE #2608<br>1360 CLIFTON AVE<br>CLIFTON, NJ 07012-1343 US | UPS Ground Com | 8.01 |
| | | | Fuel Surcharge | .56 |
| | | | **Shipping Charges:** | **$ 8.57** |
| | | | CMS Processing Fee | .20 |
| | | | **Total Charges:** | **$ 8.77** |

## Shipment Tracking and Reference Information

### Tracking Information

| | | Last Scan |
|---|---|---|
| Status: | DELIVERED | 10/18/2013 09:29:00 NEWARK NJ US |
| Delivery Date: | Fri Oct 18 2013 9:29AM (Actual) | |
| Carrier Trk#: | 1Z58A48F0314688431 | |
| Shipment ID: | MMPK8V8HJKYZW | |
| Location: | RECEIVER | |
| Signed By: | MILLS | |
| Ref 1: | | |
| Ref 2: | | |



Tracking No:   1Z58A48F0314688431

Shipment ID:   MMPK8V8HJKYZW

| Order/Item # | 76786360 |
|---|---|
| Ref# | MD |

iShip

Page 1 of 1

Soheil Zaerpour
16C Thornton Pl
Clifton NJ 07012

U.S. DISTRICT COURT
50 WALNUT STREET
NEWARK, N.J. 07101

RECEIVED
NOV 06 2013
WILLIAM T. WALSH, CLERK