PAUL J. FISHMAN
United States Attorney
KAREN D. STRINGER
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel. (973) 645-2783
e-mail: Karen.Stringer@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SOHEIL ZAERPOUR,<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>*Defendant.* | HON. ESTHER SALAS<br><br>*Civil Action No.* 13-6073<br><br>NOTICE OF MOTION |

To: Soheil Zaerpour, Pro Se
16 C Thornton Place
Clifton, NJ 07012

PLEASE TAKE NOTICE, that on January 21, 2014, at 10:00 AM, or as soon thereafter as counsel may be heard, PAUL J. FISHMAN, United States Attorney for the District of New Jersey (KAREN D. STRINGER, Assistant U.S. Attorney, appearing) as attorney for the Federal Bureau of Investigation, will apply to this Court for an Order of Dismissal.

In support of this Motion, Defendant shall rely upon the accompanying Memorandum of Law. Defendant requests that this motion be decided on the papers submitted, without oral argument, pursuant to Federal Rule of Civil Procedure 78.

PAUL J. FISHMAN

                                      United States Attorney

                        By:    /s/ Karen D. Stringer
                                      KAREN D. STRINGER
                                      Assistant US Attorney

Dated: December 17, 2013