PAUL J. FISHMAN
United States Attorney
KAREN D. STRINGER
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel. (973) 645-2783
e-mail: Karen.Stringer@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SOHEIL ZAERPOUR, *Plaintiff,* v. FEDERAL BUREAU OF INVESTIGATION, *Defendant.* | HON. ESTHER SALAS<br><br>*Civil Action No.* 13-6073<br><br>[PROPOSED] ORDER |

**THIS MATTER** having come before the Court upon the motion of Defendant, the Federal Bureau of Investigation, for an Order of Dismissal, and the Court having considered the papers submitted in support of and in response to the motion, and for good cause shown;

**IT IS** on this _____ day of _____, 201_ **ORDERED** that Defendant Federal Bureau of Investigation's Motion to Dismiss is **GRANTED** and that Plaintiff's Complaint shall be dismissed with prejudice.

IT IS SO ORDERED:

_____
HONORABLE ESTHER SALAS
JUDGE, UNITED STATES DISTRICT COURT