PAUL J. FISHMAN
United States Attorney
KAREN D. STRINGER
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel. (973) 645-2783
e-mail: Karen.Stringer@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SOHEIL ZAERPOUR,<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>*Defendant.* | HON. ESTHER SALAS<br><br>*Civil Action No.* 13-6073<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on this 17th day of December, 2013, a true and correct copy of the Federal Bureau of Investigation's Notice of Motion to Dismiss, Memorandum of Law in Support of Federal Bureau of Investigation's Motion to Dismiss, and Proposed Order were filed via the Court's CM/ECF system and served on plaintiff, *pro se*, by First Class Mail at the following address:

       Soheil Zaerpour, pro se
       16 C Thornton Place
       Clifton, NJ 07012

                                       PAUL J. FISHMAN
                                       United States Attorney

                      By:   /s/ Karen D. Stringer_____
                               KAREN D. STRINGER
                               Assistant US Attorney

Dated: December 17, 2013