Soheil Zaerpour, Pro Se
16 C Thornton Place
Clifton, New Jersey 07012
Telephone: (646) 712-3172
Email: soheil.zaerpour@njwg.cap.gov

# UNITED STATES DISTRICT COURT

RECEIVED

JAN 8 – 2014

AT 8:30
WILLIAM T. WALSH, CLERK

### for the

### District of New Jersey

| | |
|---|---|
| Soheil Zaerpour,<br><br>    **Plaintiff,**<br><br>    -vs-<br><br>**Federal Bureau of Investigation,**<br><br>    **Defendant.** | **Civil Action No.  13-6073**<br><br>(Violations of the U.S. Constitution Amendment I, IV & XIV; 42 U.S.C. § 1983, 1985; 15 U.S.C. § 1-7)<br><br><br>**MEMORANDUM IN OPPOSITION TO THE FBI's MOTION TO DISMISS ON 21 JANUARY 2014** |

It has been communicated that the FBI is disputing the Plaintiff's complaint. The FBI basically alleges it has immunity as a US agency and that there is a jurisdictional issue at hand here. FBI states that it cannot be asked for monetary damages and that it is not obligated to conduct an investigation.

In the past 8 years it is the first time that Plaintiff receives any written response to his request for an investigation. The FBI is a public service of the U.S. with the objective to protect and serve the American people.  As a reminder the Plaintiff alleges that a global market of $5 trillion has been uniquely manipulated to make him lose money and thus block his progress. Plaintiff states unequivocally that he has the mathematical and statistical proof of his allegation to the U.S.

Justice department in the form of legal account statement produced by 2 independent institutions based in New York which state factually the amount of commodity purchased, the time of purchase of the currency, the type of transaction (i.e. buy or sell) for each and every transaction made in the accounts. The FBI has received the document in the form of account statements and written explanations but has NEVER questioned their authenticity nor has emitted any form of dispute regarding the Plaintiff's allegations or logic as stated above. Plaintiff has no conviction of any kind and is perfectly healthy. Plaintiff is an active economist and a US instrument rated pilot and speaks 4 languages fluently. Plaintiff has 3 passports from 3 different countries. The FBI knows these facts since it had to approve its application for flying and in 2008 its application for US citizenship in 2009.

Assuming the FBI reasoning is correct – which it is not, as explained later- it would make little or no sense that media in this country would censor such story nevertheless. The account statements have been made public since 2008 and the story has been communicated to the press with explanations in 2006 through a press release by the Plaintiff, same as with the court, since the FBI was not taking action.

Plaintiff states he was able to predict the FOREX based on his own positions and trades continuously. The defendant has no legal authority to refuse a preliminary investigation since it affects US citizens at large as finally acknowledged by the US attorney general himself last month. Again the FBI is a public service aimed at defending the U.S. citizens and national security as acknowledged by the FBI itself on its website.

Plaintiff has been harassed in his home and brought to court by unknowns and submitted to a humiliating experience by a Judge who was Jewish. The case was thrown out of court since all allegations made in the complaint were all lies. The FBI was informed about it since the local police was also involved but refused to investigate, again. Plaintiff was also attacked physically by unknowns in 2006 while outside of his home after publishing his story online through the press release. The FBI was informed about it but again refused to take any action or provide protection. The FBI was also informed of a computer crime (hacking with evidence) and threats made by a lawyer in Florida against Plaintiff. Again no action was taken by the FBI.

It is clear from the above facts that the FBI has been an accessory of the crime against Plaintiff all those years. The FBI is a moral construct and as such has no will, power or intention. Therefore one must look at the people inside that organization and people above them to understand their behavior and responsibility. No person has immunity in this case while working for the FBI. All the reasoning of the Defendant is based on casuistry and use of legal cases in the wrong context which is illegal to say the least.

Only an investigation inside the Justice department will permit to understand who is doing this to the Plaintiff. Obviously they have instruction and protection from above to act in this way. Again

only an investigation will expose the culprit and their true motivation in acting this way against Plaintiff.

The FBI through its lawyer has proven to be astute in using complicated legal terms, distorting and hiding the facts here. If Plaintiff's allegations are correct about the FOREX manipulation, which he says can be verified mathematically alone, that would make this case truly unique and important for the world to know. One question that remains is to discover the motivation of the criminal that these FBI federal employees are trying to cover. Uncovering that would make the story even more unique here.

Plaintiff states to this court that altogether he has lost only 50 thousand dollars approximately over 10 years. This makes the story even stranger since this amount is a very small portion of the FOREX market. Logically Plaintiff communication and whereabouts must likely be monitored illegally constantly. The court could start by asking the government to deny it in writing, and if not the cause for such action.

Plaintiff states that he is a law abiding citizen and has never been involved against any government ever. However Plaintiff states that humbly he has the key to the solution of the war and peace globally. This solution is not his per say but has been part of his education as a Baha'i. This faith is an independent world religion born in Persian 2 century ago approximately and counts independent investigation of the truth, equality between man and women, harmony between science and religion, universal education, world peace and belief in one God as its important teachings. Baha'is have notoriously been persecuted in Iran for their faith as reported by the US State department and the United Nations many times. Baha'is are apolitical and must be loyal to the government were they reside. Plaintiff states he embodies all those rules.

Collective security would be among the important concept to realize such lofty goal. Plaintiff believes strongly this can be done and is part of the reason of the opposition against him, without prejudice towards statements made previously since guessing motivations for the criminals is unimportant; only facts that can be verified are important in this case at this point.

Basically Plaintiff is alleging that he was in control of FOREX market and all other commodity and equity markets for 10 years because of the correlation existing between them all and because this manipulation and exact mirroring of the market can be done for one person only because FOREX rates are unique globally, otherwise there would be a riskless arbitrage opportunity for all traders.

FBI has received all these allegations and refuses to use them against Plaintiff to make him look ridiculous. The only reason one could think of, given the time spent to respond to the court by the FBI, is that the FBI knows these statement to be entirely true and verifiable. The FBI must know who the exact culprits are since it is needed to access Plaintiff financial transaction in real-time to manipulate FOREX.

The main question is who is the FBI is trying to cover up? The FBI has failed the minimum standard of LOGIC in its memorandum to the court makes all its explanations invalid. Furthermore this case begs the court to hear the spirit of the law and the necessity to abide by the request for justice in this case FIRST.

This story is more extraordinary and informative that biblical stories ever told (once people at large will understand the true motives of the people behind this verified crime). Plaintiff voluntarily has withheld to communicate more information/reading to the court in order not lose focus and step by step reasoning. However given the overwhelming force that opposes the Plaintiff as verified through FOREX market, Plaintiff feels it needs to share more with the court by enclosing the document sent to the FBI in New Jersey and for which no response was given at all by the FBI (**Exhibit 1**).

The only thing Plaintiff cares at this point is to arrest the people who have manipulated the global financial markets against Plaintiff to block his progress illegally by hacking into his communications.

FBI was forced to admit publically that crime is being done against American people at large one day after Plaintiff filed its complaint with this court, since FOREX manipulation affects ordinary consumers and citizens worldwide through the multi-trillion dollars global derivatives market (**Exhibit 2**).

The FBI has clearly worked against the people of this country and their interests in the past (e.g. COINTELPRO amongst other programs). This case involves crime against the national security of the United States by the same token, since foreigners likely are being covered against crimes committed against Americans.

Dated: January 6, 2014                    Respectfully Submitted,

Soheil Zaerpour



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $2.92 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.02 |

Postmark — 0231 CLIFTON, N.J. — JAN 06 '14 — USPS 07012-9998 — 01/06/2014

Sent To  FBI
Street, Apt. No.; or PO Box No.  11 CENTER PLACE
City, State, ZIP+4  NEWARK NJ 07102

PS Form 3800, August 2006    See Reverse for Instructions

7012 1010 0000 8725 0847

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON 20530   O F F I C I A L   U S E

| | |
|---|---|
| Postage | $0.66 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $3.76 |

Postmark — 0231 — JAN 06 '14 — USFS 07012-9998 — 01/06/2014

Sent To  U.S. ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.  U.S. DEPT OF JUSTICE 950 PENNSYLVANIA AVE N.
City, State, ZIP+4  WASHINGTON DC 20530-0001

PS Form 3800, August 2006    See Reverse for Instructions

7012 1010 0000 8725 0823

---



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $2.92 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.02 |

Postmark — 0231 CLIFTON, N.J. — JAN 06 '14 — USPS 07012-9998 — 01/06/2014

Sent To  U.S. DISTRICT ATTORNEY
Street, Apt. No.; or PO Box No.  970 BROAD STREET 7TH FL.
City, State, ZIP+4  NEWARK N.J. 07102

PS Form 3800, August 2006    See Reverse for Instructions

7012 1010 0000 8725 0816

# Attachments Evidences n° 1 – n° 15

Evidence no 1 ........................................................................................................................... 3
Evidence no 2 ........................................................................................................................... 5
Evidence no 3 ........................................................................................................................... 7
Evidence no 4 ........................................................................................................................... 8
Evidence no 5 ......................................................................................................................... 10
Evidence no 6 ......................................................................................................................... 12
Evidence no 7 ......................................................................................................................... 14
Document no 8 ....................................................................................................................... 15
Document no 9 ....................................................................................................................... 30
Evidence no 10 ...................................................................................................................... 42
Evidence no 11 ...................................................................................................................... 43
Evidence no 12 ...................................................................................................................... 45
Evidence no 13 ...................................................................................................................... 47
Evidence no 14 ...................................................................................................................... 48
Evidence no 15 ...................................................................................................................... 49

Warning: You Are About to Enter the 4th Dimension of Your Life (A conspiracy that has been mathematically demonstrated)

This is the astounding story of a commodities trader of Iranian origin - Soheil Zaerpour - who has come to New York from Switzerland with the intention to initiate a movement toward world peace. He is the object of a conspiracy by the international bankers and other powerful actors who don't want him to succeed while trying to prevent him from promoting justice, world unity, security, and prosperity for all through a concrete plan which has been presented to 160 heads of state by the Baha'i international community since 1985.
Montclair, New Jersey (PRWEB) November 14, 2006

The following exceptional story has some elements of the movies "the Matrix", "Enemy of the State", "Conspiracy Theory", "the Pelican Brief" and "Wall Street"; yet this is the real story of a person whose life has been affected by this saga for more than 10 years. In fact, this true story resembles more "David and Goliath" or some chapters of the Book of Revelation than anything else.

This is the unique story of an individual who has been targeted in his personal life and more recently through his foreign exchange (forex) trading activity by a shadowy world power - the International Bankers - in order to prevent him from achieving this historic dream of World Peace and the ushering of this long awaited new era of world unity and reconciliation for all mankind.

His new homepage at: ~~http://planforworldpeace.org~~ references a weblog at the currency company Oanda that contains a chapter of his story, including the statistical evidence and facts reported in real-time of his trades for 6 months, coinciding with the market's continuous opposition. Incredibly, the market - with a volume of 2 trillion (2 thousand billion) U.S. dollars per day - is exactly mirroring his own trades in the opposite direction up to his margin calls and then reverses again each time, as he is being personally targeted by the international bankers. So much so, that he has been able to predict the Forex market with certainty and continuously for 4 years according to his own positions/trades.

At first, the reader who is not familiar with the global currency markets or with the world of high finance in general might find his story abstract, extraordinary and unbelievable but the irrefutable statistical proof has been provided in the open for 6 months for everyone to see the truth - see the attached files first (numbered 1 to 16), and the important evidence provided therein.

The first two questions one might ask in relation to this incredible story are: 1. "Can a Forex trader be targeted individually with two trillion dollars each day for four years in the currency markets to make him lose money and block his progress, after he has demonstrated his undeniable, consistent and uncommon ability to compound money in real-time during a global contest for one full year before trading with real money?" 2. "Can a person's ideas and actions be considered so important for the future of the world to deserve such unique treatment by its opponents?"

The following blog, to be read and researched with an open mind, contains the actions of that single trader in the world's financial markets, since he has been trading with his own money, reported in real-time, and who has been able to predict the market flawlessly based on his own trades, after he had discovered that he was surveilled and personally targeted by the secretive international banking establishment in Switzerland and beyond, each time when he trades with real money. This blog is also a brief recollection of the life of this person outside of Forex and his persecution before his immigration to the United States in 2000, including during his work as the Administrator of the ICRC in Geneva.

To the reader, this story provides the undeniable, material and scientific proof for six months, continually, in real-time, that the financial markets have been constantly manipulated, including its largest market, Forex itself. However, the part of this story that is truly mesmerizing is that it has been done with the sole intention to destroy ONE individual trader for 4 years - namely himself - so he could not reach his democratic plans relating to the establishment of World Peace. Because of the intrinsic and global nature of Forex, this story also provides evidence that there is a force that controls all the world's governments already. ###

# Evidence no 1. - Margin Call points on EURUSD chart (real money account/Online account)



Two Margin Calls & reversals while EURUSD was trending up to 1.30 approx. It has been like that, exactly for 4 years!!! (please note the problem described here cannot be a problem with my brokers, as they CANNOT move the interbank FOREX market rates against me through their trades). LITERALLY, I DID NOT MAKE ONE CENT (YES ONE CENT!) OF PROFITS IN 4 YEARS, OVERALL (not a floating/unrealized profit either) in ANY of my three real money accounts AT ANY POINT IN TIME, since day one of trading. All 3 live accounts (with two different brokers) have been funded constantly & INCREASINGLY/EXPONENTIALLY over that time and no amount has ever been withdrawn from the accounts. Also, statistically speaking, there is absolutely NO reason whatsoever for the market to reverse after my margin calls EXACTLY and CONTINUOUSLY, for four years since day one if there wasn't any CAUSALITY RELATIONSHIP between my own trades and the market at large (as explained in detail in the blog at Oanda). The margin call point is a mathematical function of my account equity level/net asset value and does NOT depend in any way, shape or form on my trading actions/decisions. (This is NOT a stop loss placed at obvious levels where market makers can "hit". These are prices reached by the market after more than 100 points move or more, and not close to any resistance or support levels.) Finally, if a 5 year old child would, AT RANDOM, buy or sell any currency pair, there would be approximately 50% chance to have a (floating) profit in the account at some point in time and more chances if you add money and repeat the same process several times (i.e Martingale), this up to 95% chance to have a (floating) profit at some point (unlike me, AT ANYTIME, not one cent) and not counting the fact that I am a PROFESSIONAL trader with a sucessful one year real time track record before trading with real money (not a child without understanding or experience). Some paid people (and unpaid) are out there trying hard to fool the unsuspecting truth seekers, by spreading information like "90% of traders end up loosing money" (which can be true for the general population and private investors). My answer is: please read again all that I have written above, and if you are not DISHONEST, if you have no AGENDA and if you are not CRAZY, then you MUST understand there is a conspiracy in my case. Moreover, if you examine ALL the "other details" including my consistent results in the only realtime demo account that I have, which has been traded for one year since April 2006 (see a/c details above) in addition to the continous market reversals in my real money accounts (unless my positions were hedged - because one side of the trade would necessarily become profitable - also it was always the side that would INCREASE the loss overall when you take the 3 accounts COMBINED). Otherwise, I am afraid that it simply means that you don't understand the basics of FX trading, statistics and/or probabilities. In fact, the mathematical probability that there is NO conspiracy against me as I describe it is perhaps less than 0.000000000000001%, or to use a metaphor, it is like expecting to reach the moon by jumping with your barefoot (but apparently there are people who believe this is

3

possible, as IDIOCY, DISHONESTY, PREJUDICE and CORRUPTION abounds in our society). For the anecdote, one of the early scientists who discovered that planet earth was not the centre of the universe (heliocentrism) got himself ridiculed, rejected and finally imprisoned for the rest of his life (only because it was contrary to the "belief system" of his time, during the Inquisition). Today, we have the so-called "War on Terror", (when in fact it looks more like a war on democracy, the US Constitution and the American citizens themselves)... I mention this because of the message "the Promise of world peace" cited above and the fact that world peace is NOT an utopia. My opponents know that what they have done makes me UNIQUE and extremely important to the world because of the amount of money involved to stop my progress and this plan and they don't want people to know or realize it, also this has been explained, demonstrated and verified SCIENTIFICALLY beyond any doubt, and more than once. They also don't want the public to know or understand their conspiracy as it has been exposed in the video "The Money Masters - How the International Bankers Gained Control of America" (link also given above). The international bankers don't like THE TRUTH because "TRUTH SHALL MAKE YOU FREE" as Jesus said, and they would like to keep YOU and the rest of the world in a state of BONDAGE. Did Christ not dispute violently with the money changers at the temple? (Matthew 21:13) The message of "the promise of world peace" refers to "economic oppression" in the world and a concentration of wealth in the hands of a "very few, as never seen before". It describes some countries being on the "brink of war" because of poverty, international and domestic oppression and other injustices committed. My opponents own actions against me proves that World PEACE IS NOT AN UTOPIA. otherwise they would not need to do anything about it, certainly not move a trillion dollar per day against me every day for 4 years to prevent it from happening. Also, I think they have a great deal of JEALOUSY for all my blessings. Eventhough I don't consider myself different (because, in essence, I am a human being), we should always remember that the human potential is LIMITLESS. Do not be afraid of anything but God Himself.

4

# Evidence no 2. -My 7 reported market entries & market reversals and margin call at the end (real money accounts). Part of the six months realtime exposure on Oanda's public forum. 100% CAUSALITY RELATIONSHIP between my trades and the market at large, where there should be NONE (if there was no conpsiracy). It has been like that for 4 years - CONTINOUSLY.



All market entries on this chart coincide EXACTLY with the FX market reversals including My Margin Call at the end. This during the 6 months of my real time reporting/exposure at Oanda of my live real money trades. I can sell in oversold situation, buy in oversold markets, or trade with the trend that the market reaction would be the SAME. This cannot be a coincidence in any way, statistically speaking, given it has been like that for 4 years continuously until June 2006 (date of my last post on Oanda.com). My opponents can modify at anytime what they will do in the future (i.e. in order to mislead the public or independent investigators or simply to make my Forex positions in the market/information ineffective, money wise, for any observer) but they cannot modify what has already happened until the present press document was released to the public on November 14, 2006, since day one of my first live trades in 2002 for 4 years continuously in all my real money accounts. This is VERIFIABLE material information and in March 2005, I have asked the Southern District Attorney's office in New York City (Mrs. Deirdre McEvoy, Assistant Attorney) to look into repeatedly; which they have refused to do, WITHOUT ANY EXPLANATIONS GIVEN. The FBI has also called me at the request of the DA's office around the same time (Mrs. Jennifer May, Officer/Agent) and the DoJ Inspector General in Washington DC after that (Mr. Glenn A. Fine) without ANY results for me or ANY credible/understandable reason given for their non-action. They have NEVER EVER questioned my allegations and/or evidence nor are they asking more evidence/documents from me. Most probably, the White House/DoJ/FBI are working against the U.S. Constitution and laws in this case and they are under the control of my opponents (i.e. the International Bankers) and they know that my evidence is indisputable. This is the ONLY plausible reason, given the material and verifiable facts/evidence as it has been reported to them (and given the fact that I am INNOCENT of ANY crime). For info and separately from my case, the FBI in NYC investigated a case of Forex fraud in 2002 for 2 years for what came out to be a much lesser crime

5

committed by the some relatively minor banking professionals (some traders in some major banks were manipulating the time stamps on their trades, not the rates/markets themselves, to defraud their customers, which is "nothing" in comparison to what is done against me here, in terms of amounts of money involved. Please refer to the FBI press release made available online, around that time for more info). I have come to realize more recently that I will not be able to work in any normal environment, anywhere, anytime in the future, in any field because my FUNDAMENTAL rights to justice and protection under the law are not respected (AGAINST the collective will of the American people), and the FBI/US "justice" department knows it and supports it. In fact, it is a form of ASSASSINATION by the "satanists" who illegally/deceptively control the economy and this country.

**Evidence no 3. - British Pound chart with my entry and margin call before the +1800 points move (Real money account). Exposure of the events during 6 months at Oanda's public forum.**



Margin Call at 1.7250 exactly before the +1800 points move to 1.90 EXACTLY when I decided not to hedge anymore my live account (because at some point you HAVE TO assume risk to get any reward). Then, Margin Call at 1.8930 and again at 1.90 (not shown on the chart, but reported in the Forum in real time) and reversal of the market at 1.90 exactly. Then, short again at 1.8890 and reversal of the market at that time EXACTLY, & back to ~1.9050 level, point at which I had to close my shorts for risk of a margin call in my account (the market reacts the same way by reversing, also in my a/c statement it is not labeled as a "margin call"). Then again, reversal of the market all the way down to 1.82!! This is (only one sample of) what has happened to my trading activity alone for a few days and it has been like that for 4 YEARS continuously. This is what is meant by "being individually targeted in this 2 trillion dollars per day Forex market" and this CANNOT be sequences of coincidences or bad luck, statistically/scientifically speaking (JUST IMPOSSIBLE). Incredible? BUT TRUE. For them, I AM THE ONE, as testified by their own repeated and verifiable actions against me over many years (Whether they want to admit it or not, their verifiable "ACTIONS speak louder than WORDS").

7

# Evidence no 4. - British Pound chart - not depicted is one more margin calls with exact reversal at 1.90 exactly and one more reversal after that. around 1.89 (real money, online account)



Same as the other British Pound chart below, but showing a longer time frame. 2 weeks move outside of the 2 standard deviation "Bollinger bands". This is less than 5% probability by itself, mathematically speaking. Moreover, as described in the attached FAQ document, manipulating the Forex market continously as it has been shown in all the other Forex charts, CAN BE DONE FOR ONE PERSON ONLY - ON EARTH (OUT OF ITS 6 BILLION INHABITANTS, including your neigbor next door, all the Baha'is, the President of the United States, the Pope and the Rockefeller Dynasty/family) simply because you have ONE global Interbank currency rate for any major currency pair. You should ask yourself what I have that the other 6 billion people don't have. For one I am INDEPENDENT from any organization, country, money, special interest groups, organized religion, media and politics and I have no secret agenda and my opponents know they cannot control me to neutralize this peace plan as they have done for EVERYONE else. This also proves that what I am doing for the world is FEASIBLE AND VERY IMPORTANT in their views, otherwise they would not oppose me and this plan in this way (as explained above). De facto, their opposition has worked until now. I have beared their grave injustices almost IN SILENCE during the past 20 YEARS (injustices to the world and me, including to the vast majority of the US citizens). At its core, this force that opposes me continuously/individually is Evil in its essence and mode of action in the Biblical sense of the term, including (repeated) lies/deceit/domination/envy/control/distortion of the facts and the truth/slander/manipulation/RACIAL, NATIONAL, gender, social, religious DISCRIMINATIONS/injustices; supported by a controlled/paid media that constantly feds/manipulates the general public with lies/distortion/distraction/censorship, and a system/matrix run/controlled through special interests groups/corruption/FEAR/intimidation through employment/blackmail/paid politicians/national intelligence/social networks/professional networks/religious networks/secret societies. This, in function of the situation or the event at hand, and as a means to reach the endless goal of SUPREMACY OVER OTHERS. Democracy is increasingly being replaced by a PLUTOCRACY run by a few immensely rich at the top & in charge, and acting behind the scenes and in concert. It is/has become de facto a GLOBAL PYRAMIDAL CONTROL MECHANISM in its organization and functioning, and directed by a diabolic PLAN for world domination (Symbolized by the Pyramid on the one US dollar bill with an "all seeing eye" at the top, and with the words "New Order of the ages" at the bottom). The plan itself however is NOT AMERICAN and NOT CHRISTIAN. On the contrary, the Christians are to

8

become SLAVES upon completion of this PLAN. It is a PEACEFUL/gradual/secret conquest of the world, principally through economic means and social engineering. I LOVE America and do not want to see the world (America included) being destroyed like that.

# Evidence no 5. - Account Statement for the ONLY LIVE GAME contest I participated in, anytime, anywhere.



Live May_2002 Contest Results. 1 month Return on Investment: 300%. This is a realtime fee based game Contest (not real money). I participated in this monthly global contest at MGForex for 1 year (13 X 1 month). Note: time stamps of my trades span across the New York, London and Japanese trade/timeline, because Forex is a

10

GLOBAL 2 trillion dollars a day; 24 hours a day/6 days a week Interbank market with most of the volume (over 1 trillion dollar per day according the Bank of International Settlements "BIS" in Basel, Switzerland) concentrated on the Euro (the Eurodollar exchange rate or "EURUSD") and correlated major currencies (like the British Pound, Swiss Franc and Japanese Yen).

# Evidence no 6. - Live Game Contest results in August 2002. (real-time but not real money)



Live August_2002 Contest Results. An astonishing 1 month Return on Investment of 1500%!! This is a realtime game contest. I was intentionally** margin called because my broker didn't want me to win the first prize of 1000.- dollars in a live real money a/c. (**those rates were never reached by the Interbank market.) After I complained, my broker had to deposit the virtual amount lost ($53,657.-) back into my a/c. Initial amount in the a/c was 10K

and NOT $51,654 as stated ($51,654 was the amount left in the a/c after the false margin call in the middle of the contest). Also ask yourself if ANYBODY comes to you with results like this, if they have the actual trade record to prove it over a long period of time (over 1 YEAR, like me) and if they had to prove their indentity before taking part in the realtime contest (like me). Otherwise it might just be a PARTIAL representation of the facts, like trading MULTIPLE accounts but only releasing ONE result, etc. In my case, MGForex verified/received my I.D. (they got a copy of my ppt) and I had to pay a fee through check deposit before taking part in the Contest (like for ALL other contestants at the BEGINNING of the game, as per their offical rules posted on their website at that time) because there was a REAL prize of $ 1000.- for the best trader at the end of each month. I say this because there are people out there with the intention to confuse and manipulate the "truth seeker" who wouldn't know about those important "details" (see Oanda's blog for examples). Last but not least, ask yourself WHY the person is NOT able to obtain the same results in his/her REAL MONEY account over a long period of time, if they trade DAILY (like me). I doubt they would have a story like mine WITH HARD EVIDENCE (like me) to backup any discrepency between realtime demo and realtime, real-money, results. In fact, people who follow ALL the rules explained above, and given my unique COMPREHENSIVE strategies, should have APPROXIMATELY the SAME RESULTS in both cases over the SAME period of time (+1 YEAR), especially if you trade small amounts and if you do it SERIOUSLY, Professionally and FULL-TIME like I did with my style & unique/proprietary strategy, with over 600 (six hundred) trades (30-50 trades per month) in the real-time Contest WITHIN ONE YEAR of DAILY trading activity.

# Evidence no. 7 - Oanda FX Live Game account (not real money but REAL TIME) as of November 2006. (to be used as a point of comparison with my 3 live accounts, & as ADDITIONAL evidence only)



My ONLY realtime LIVE FX Game account used/created. This account was opened 1 year ago (Nov. 2005). Account traded CONSERVATIVELY since April 2006 (date of 1st trade in the a/c). Return on Investment of 75% as of today. Balance never reset since the account's opening and NO money EVER added to the a/c afterwards (today's date: 11/04/06). IMPORTANT: Please note that my live Game & Contest results and my online prediction with "certainty" are exceptional ADDITIONAL evidences submitted in my SCIENTIFIC demonstration of the theory but are NOT NECESSARY per say to prove my case, as the mathematical and statistical demonstration through my live REAL MONEY trades records ALONE/By itself is completely sufficient/indisputable (See attached FAQ document under Q2. regarding Margin call & Reversals - and "Evidence no. 2" in the attached chart below for further explanations).

# Document no. 8 - Promise of World Peace

"Released in October 1985, on the eve of the United Nations International Year of Peace, this statement of the Universal House of Justice , the international governing council of the BahÃ¡'Ã Faith and its international community, was addressed "To the Peoples of the World." Presented to over 160 heads of state and government over the past 10 years, it outlines the major prerequisites for, as well as the obstacles working against, the establishment of world peace." Source: www.bahai.org (I have distributed this document to all economic and political representatives in Switzerland and abroad since 1988 until today, including the President of the United States, Bill Clinton in Washington DC, in 2000). My support for this plan and my relentless actions for its immediate IMPLEMENTATION are some of the reasons why I have been continuously persecuted and smeared/ostracized since 1989, date I finished college in Lausanne, Switzerland (among other reasons stemming directly from defending economic, social and international justice, truth, world unity, peace, and fight against poverty & corruption, continuously and uncompromisingly), because I want to see the recommendations explained in this document come to pass in a democratic, peaceful and open manner, because I strongly believe it is in the profound interest of mankind as a whole, including all the citizens of the United States. This document's recommendations, if applied, will undoubtedly HEAL and change the WORLD ORDER profoundly and for the better, and some very powerful people behind the scenes, like the International Bankers, do NOT want that to happen at any cost (UNLESS it falls under their satanic control), as explained in the attached FAQ file below, because of the gigantic amount of MONEY (in trillions of dollars) and power they think they will lose, if this happens and if the (artificial/fabricated) wars/divisions are all ended and the 500 billion dollars per year in drug trafficking/profiteering and the global trillion dollar a year arms dealing are ended as well (run by the Military/Industrial Complex and the Swiss banks). This will happen, eventually, according to the Baha'i message. The central question is HOW? Through a courageous world political LEADERSHIP, consultative will and voluntarily, OR after more sufferings/punishments/devastating wars/ catastrophes for all humanity. This is free choice. Please see "The Money Masters" video on Google for more information on this subject (Weblink given on my homepage at Geocities). They say "divide to conquer" and that's exactly what they do to ALL of you. This situation leads to mutilated children/soldiers in all conflicting areas and counted as "collateral damage" because of wars and other miseries like extreme poverty/hunger/death/loneliness, etc. (and the process where humans become dehumanized and progressively desensitize to the suffering of others). Nevertheless, the Bible predicts that peace will prevail on earth at the end: "The Mountain of the Lord: 1. This is what Isaiah son of Amoz saw concerning Judah and Jerusalem: 2. In the last days the mountain of the LORD's temple will be established as chief among the mountains; it will be raised above the hills, and all nations will stream to it. 3. Many peoples will come and say, "Come, let us go up to the mountain of the LORD, to the house of the God of Jacob. He will teach us his ways, so that we may walk in his paths." The law will go out from Zion, the word of the LORD from Jerusalem. 4. He will judge between the nations and will settle disputes for many peoples. They will beat their swords into plowshares and their spears into pruning hooks. Nation will not take up sword against nation, nor will they train for war anymore. 5. Come, O house of Jacob, let us walk in the light of the LORD." (Isaiah 2)

15

# The Promise of World Peace

The Promise of World Peace ..................................................................................................................

  The Promise of World Peace ..............................................................................................................

    I...........................................................................................................................................................

    II .........................................................................................................................................................

    III ........................................................................................................................................................

    IV ........................................................................................................................................................

## The Promise of World Peace
October 1985

To the Peoples of the World:

The Great Peace towards which people of good will throughout the centuries have inclined their hearts, of which seers and poets for countless generations have expressed their vision, and for which from age to age the sacred scriptures of mankind have constantly held the promise, is now at long last within the reach of the nations. For the first time in history it is possible for everyone to view the entire planet, with all its myriad diversified peoples, in one perspective. World peace is not only possible but inevitable. It is the next stage in the evolution of this planet—in the words of one great thinker, "the planetization of mankind".

Whether peace is to be reached only after unimaginable horrors precipitated by humanity's stubborn clinging to old patterns of behaviour, or is to be embraced now by an act of consultative will, is the choice before all who inhabit the earth. At this critical juncture when the intractable problems confronting nations have been fused into one common concern for the whole world, failure to stem the tide of conflict and disorder would be unconscionably irresponsible.

Among the favourable signs are the steadily growing strength of the steps towards world order taken initially near the beginning of this century in the creation of the League of Nations, succeeded by the more broadly based United Nations Organization; the achievement since the Second World War of independence by the majority of all the nations on earth, indicating the completion of the process of nation building, and the involvement of these fledgling nations with older ones in matters of mutual concern; the consequent vast increase in co-operation among hitherto isolated and antagonistic peoples and groups in international undertakings in the scientific, educational, legal, economic and cultural fields; the rise in recent decades of an unprecedented number of international humanitarian organizations; the spread of women's and youth movements calling for an end to war; and the spontaneous spawning of widening networks of ordinary people seeking understanding through personal communication.

The scientific and technological advances occurring in this unusually blessed century portend a great surge forward in the social evolution of the planet, and indicate the means by which the practical problems of humanity may be solved. They provide, indeed, the very means for the administration of the complex life of a united world. Yet barriers persist. Doubts, misconceptions, prejudices, suspicions and narrow self-interest beset nations and peoples in their relations one to another.

It is out of a deep sense of spiritual and moral duty that we are impelled at this opportune moment to invite your attention to the penetrating insights first communicated to the rulers of mankind more than a century ago by Bahá'u'lláh, Founder of the Bahá'í Faith, of which we are the Trustees.

"The winds of despair", Bahá'u'lláh wrote, "are, alas, blowing from every direction, and the strife that divides and afflicts the human race is daily increasing. The signs of impending convulsions and chaos can now be discerned, inasmuch as the prevailing order appears to be lamentably defective." This prophetic judgement has been amply confirmed by the common experience of humanity. Flaws in the prevailing order are conspicuous in the inability of

17

sovereign states organized as United Nations to exorcize the spectre of war, the threatened collapse of the international economic order, the spread of anarchy and terrorism, and the intense suffering which these and other afflictions are causing to increasing millions. Indeed, so much have aggression and conflict come to characterize our social, economic and religious systems, that many have succumbed to the view that such behaviour is intrinsic to human nature and therefore ineradicable.

With the entrenchment of this view, a paralyzing contradiction has developed in human affairs. On the one hand, people of all nations proclaim not only their readiness but their longing for peace and harmony, for an end to the harrowing apprehensions tormenting their daily lives. On the other, uncritical assent is given to the proposition that human beings are incorrigibly selfish and aggressive and thus incapable of erecting a social system at once progressive and peaceful, dynamic and harmonious, a system giving free play to individual creativity and initiative but based on co-operation and reciprocity.

As the need for peace becomes more urgent, this fundamental contradiction, which hinders its realization, demands a reassessment of the assumptions upon which the commonly held view of mankind's historical predicament is based. Dispassionately examined, the evidence reveals that such conduct, far from expressing man's true self, represents a distortion of the human spirit. Satisfaction on this point will enable all people to set in motion constructive social forces which, because they are consistent with human nature, will encourage harmony and co-operation instead of war and conflict.

To choose such a course is not to deny humanity's past but to understand it. The Bahá'í Faith regards the current world confusion and calamitous condition in human affairs as a natural phase in an organic process leading ultimately and irresistibly to the unification of the human race in a single social order whose boundaries are those of the planet. The human race, as a distinct, organic unit, has passed through evolutionary stages analogous to the stages of infancy and childhood in the lives of its individual members, and is now in the culminating period of its turbulent adolescence approaching its long-awaited coming of age.

A candid acknowledgement that prejudice, war and exploitation have been the expression of immature stages in a vast historical process and that the human race is today experiencing the unavoidable tumult which marks its collective coming of age is not a reason for despair but a prerequisite to undertaking the stupendous enterprise of building a peaceful world. That such an enterprise is possible, that the necessary constructive forces do exist, that unifying social structures can be erected, is the theme we urge you to examine.

Whatever suffering and turmoil the years immediately ahead may hold, however dark the immediate circumstances, the Bahá'í community believes that humanity can confront this supreme trial with confidence in its ultimate outcome. Far from signalizing the end of civilization, the convulsive changes towards which humanity is being ever more rapidly impelled will serve to release the "potentialities inherent in the station of man" and reveal "the full measure of his destiny on earth, the innate excellence of his reality".

# I

The endowments which distinguish the human race from all other forms of life are summed up in what is known as the human spirit; the mind is its essential quality. These endowments have enabled humanity to build civilizations and to prosper materially. But such accomplishments alone have never satisfied the human spirit, whose mysterious nature inclines it towards transcendence, a reaching towards an invisible realm, towards the ultimate reality, that unknowable essence of essences called God. The religions brought to mankind by a succession of spiritual luminaries have been the primary link between humanity and that ultimate reality, and have galvanized and refined mankind's capacity to achieve spiritual success together with social progress.

No serious attempt to set human affairs aright, to achieve world peace, can ignore religion. Man's perception and practice of it are largely the stuff of history. An eminent historian described religion as a "faculty of human nature". That the perversion of this faculty has contributed to much of the confusion in society and the conflicts in and between individuals can hardly be denied. But neither can any fair-minded observer discount the preponderating influence exerted by religion on the vital expressions of civilization. Furthermore, its indispensability to social order has repeatedly been demonstrated by its direct effect on laws and morality.

Writing of religion as a social force, Bahá'u'lláh said: "Religion is the greatest of all means for the establishment of order in the world and for the peaceful contentment of all that dwell therein." Referring to the eclipse or corruption of religion, he wrote: "Should the lamp of religion be obscured, chaos and confusion will ensue, and the lights of fairness, of justice, of tranquillity and peace cease to shine." In an enumeration of such consequences the Bahá'í writings point out that the "perversion of human nature, the degradation of human conduct, the corruption and dissolution of human institutions, reveal themselves, under such circumstances, in their worst and most revolting aspects. Human character is debased, confidence is shaken, the nerves of discipline are relaxed, the voice of human conscience is stilled, the sense of decency and shame is obscured, conceptions of duty, of solidarity, of reciprocity and loyalty are distorted, and the very feeling of peacefulness, of joy and of hope is gradually extinguished."

If, therefore, humanity has come to a point of paralyzing conflict it must look to itself, to its own negligence, to the siren voices to which it has listened, for the source of the misunderstandings and confusion perpetrated in the name of religion. Those who have held blindly and selfishly to their particular orthodoxies, who have imposed on their votaries erroneous and conflicting interpretations of the pronouncements of the Prophets of God, bear heavy responsibility for this confusion—a confusion compounded by the artificial barriers erected between faith and reason, science and religion. For from a fair-minded examination of the actual utterances of the Founders of the great religions, and of the social milieus in which they were obliged to carry out their missions, there is nothing to support the contentions and prejudices deranging the religious communities of mankind and therefore all human affairs.

The teaching that we should treat others as we ourselves would wish to be treated, an ethic variously repeated in all the great religions, lends force to this latter observation in two particular respects: it sums up the moral attitude, the peace-inducing aspect, extending through these religions irrespective of their place or time of origin; it also signifies an aspect

19

of unity which is their essential virtue, a virtue mankind in its disjointed view of history has failed to appreciate.

Had humanity seen the Educators of its collective childhood in their true character, as agents of one civilizing process, it would no doubt have reaped incalculably greater benefits from the cumulative effects of their successive missions. This, alas, it failed to do.

The resurgence of fanatical religious fervour occurring in many lands cannot be regarded as more than a dying convulsion. The very nature of the violent and disruptive phenomena associated with it testifies to the spiritual bankruptcy it represents. Indeed, one of the strangest and saddest features of the current outbreak of religious fanaticism is the extent to which, in each case, it is undermining not only the spiritual values which are conducive to the unity of mankind but also those unique moral victories won by the particular religion it purports to serve.

However vital a force religion has been in the history of mankind, and however dramatic the current resurgence of militant religious fanaticism, religion and religious institutions have, for many decades, been viewed by increasing numbers of people as irrelevant to the major concerns of the modern world. In its place they have turned either to the hedonistic pursuit of material satisfactions or to the following of man-made ideologies designed to rescue society from the evident evils under which it groans. All too many of these ideologies, alas, instead of embracing the concept of the oneness of mankind and promoting the increase of concord among different peoples, have tended to deify the state, to subordinate the rest of mankind to one nation, race or class, to attempt to suppress all discussion and interchange of ideas, or to callously abandon starving millions to the operations of a market system that all too clearly is aggravating the plight of the majority of mankind, while enabling small sections to live in a condition of affluence scarcely dreamed of by our forebears.

How tragic is the record of the substitute faiths that the worldly-wise of our age have created. In the massive disillusionment of entire populations who have been taught to worship at their altars can be read history's irreversible verdict on their value. The fruits these doctrines have produced, after decades of an increasingly unrestrained exercise of power by those who owe their ascendancy in human affairs to them, are the social and economic ills that blight every region of our world in the closing years of the twentieth century. Underlying all these outward afflictions is the spiritual damage reflected in the apathy that has gripped the mass of the peoples of all nations and by the extinction of hope in the hearts of deprived and anguished millions.

The time has come when those who preach the dogmas of materialism, whether of the east or the west, whether of capitalism or socialism, must give account of the moral stewardship they have presumed to exercise. Where is the "new world" promised by these ideologies? Where is the international peace to whose ideals they proclaim their devotion? Where are the breakthroughs into new realms of cultural achievement produced by the aggrandizement of this race, of that nation or of a particular class? Why is the vast majority of the world's peoples sinking ever deeper into hunger and wretchedness when wealth on a scale undreamed of by the Pharaohs, the Caesars, or even the imperialist powers of the nineteenth century is at the disposal of the present arbiters of human affairs?

Most particularly, it is in the glorification of material pursuits, at once the progenitor and common feature of all such ideologies, that we find the roots which nourish the falsehood that

20

human beings are incorrigibly selfish and aggressive. It is here that the ground must be cleared for the building of a new world fit for our descendants.

That materialistic ideals have, in the light of experience, failed to satisfy the needs of mankind calls for an honest acknowledgement that a fresh effort must now be made to find the solutions to the agonizing problems of the planet. The intolerable conditions pervading society bespeak a common failure of all, a circumstance which tends to incite rather than relieve the entrenchment on every side. Clearly, a common remedial effort is urgently required. It is primarily a matter of attitude. Will humanity continue in its waywardness, holding to outworn concepts and unworkable assumptions? Or will its leaders, regardless of ideology, step forth and, with a resolute will, consult together in a united search for appropriate solutions?

Those who care for the future of the human race may well ponder this advice. "If long-cherished ideals and time-honoured institutions, if certain social assumptions and religious formulae have ceased to promote the welfare of the generality of mankind, if they no longer minister to the needs of a continually evolving humanity, let them be swept away and relegated to the limbo of obsolescent and forgotten doctrines. Why should these, in a world subject to the immutable law of change and decay, be exempt from the deterioration that must needs overtake every human institution? For legal standards, political and economic theories are solely designed to safeguard the interests of humanity as a whole, and not humanity to be crucified for the preservation of the integrity of any particular law or doctrine."

21

II

Banning nuclear weapons, prohibiting the use of poison gases, or outlawing germ warfare will not remove the root causes of war. However important such practical measures obviously are as elements of the peace process, they are in themselves too superficial to exert enduring influence. Peoples are ingenious enough to invent yet other forms of warfare, and to use food, raw materials, finance, industrial power, ideology, and terrorism to subvert one another in an endless quest for supremacy and dominion. Nor can the present massive dislocation in the affairs of humanity be resolved through the settlement of specific conflicts or disagreements among nations. A genuine universal framework must be adopted.

Certainly, there is no lack of recognition by national leaders of the world-wide character of the problem, which is self-evident in the mounting issues that confront them daily. And there are the accumulating studies and solutions proposed by many concerned and enlightened groups as well as by agencies of the United Nations, to remove any possibility of ignorance as to the challenging requirements to be met. There is, however, a paralysis of will; and it is this that must be carefully examined and resolutely dealt with. This paralysis is rooted, as we have stated, in a deep-seated conviction of the inevitable quarrelsomeness of mankind, which has led to the reluctance to entertain the possibility of subordinating national self-interest to the requirements of world order, and in an unwillingness to face courageously the far-reaching implications of establishing a united world authority. It is also traceable to the incapacity of largely ignorant and subjugated masses to articulate their desire for a new order in which they can live in peace, harmony and prosperity with all humanity.

The tentative steps towards world order, especially since World War II, give hopeful signs. The increasing tendency of groups of nations to formalize relationships which enable them to co-operate in matters of mutual interest suggests that eventually all nations could overcome this paralysis. The Association of South East Asian Nations, the Caribbean Community and Common Market, the Central American Common Market, the Council for Mutual Economic Assistance, the European Communities, the League of Arab States, the Organization of African Unity, the Organization of American States, the South Pacific Forum—all the joint endeavours represented by such organizations prepare the path to world order.

The increasing attention being focused on some of the most deep-rooted problems of the planet is yet another hopeful sign. Despite the obvious shortcomings of the United Nations, the more than two score declarations and conventions adopted by that organization, even where governments have not been enthusiastic in their commitment, have given ordinary people a sense of a new lease on life. The Universal Declaration of Human Rights, the Convention on the Prevention and Punishment of the Crime of Genocide, and the similar measures concerned with eliminating all forms of discrimination based on race, sex or religious belief; upholding the rights of the child; protecting all persons against being subjected to torture; eradicating hunger and malnutrition; using scientific and technological progress in the interest of peace and the benefit of mankind—all such measures, if courageously enforced and expanded, will advance the day when the spectre of war will have lost its power to dominate international relations. There is no need to stress the significance of the issues addressed by these declarations and conventions. However, a few such issues, because of their immediate relevance to establishing world peace, deserve additional comment.

Racism, one of the most baneful and persistent evils, is a major barrier to peace. Its practice perpetrates too outrageous a violation of the dignity of human beings to be countenanced under any pretext. Racism retards the unfoldment of the boundless potentialities of its victims, corrupts its perpetrators, and blights human progress. Recognition of the oneness of mankind, implemented by appropriate legal measures, must be universally upheld if this problem is to be overcome.

The inordinate disparity between rich and poor, a source of acute suffering, keeps the world in a state of instability, virtually on the brink of war. Few societies have dealt effectively with this situation. The solution calls for the combined application of spiritual, moral and practical approaches. A fresh look at the problem is required, entailing consultation with experts from a wide spectrum of disciplines, devoid of economic and ideological polemics, and involving the people directly affected in the decisions that must urgently be made. It is an issue that is bound up not only with the necessity for eliminating extremes of wealth and poverty but also with those spiritual verities the understanding of which can produce a new universal attitude. Fostering such an attitude is itself a major part of the solution.

Unbridled nationalism, as distinguished from a sane and legitimate patriotism, must give way to a wider loyalty, to the love of humanity as a whole. Bahá'u'lláh's statement is: "The earth is but one country, and mankind its citizens." The concept of world citizenship is a direct result of the contraction of the world into a single neighbourhood through scientific advances and of the indisputable interdependence of nations. Love of all the world's peoples does not exclude love of one's country. The advantage of the part in a world society is best served by promoting the advantage of the whole. Current international activities in various fields which nurture mutual affection and a sense of solidarity among peoples need greatly to be increased.

Religious strife, throughout history, has been the cause of innumerable wars and conflicts, a major blight to progress, and is increasingly abhorrent to the people of all faiths and no faith. Followers of all religions must be willing to face the basic questions which this strife raises, and to arrive at clear answers. How are the differences between them to be resolved, both in theory and in practice? The challenge facing the religious leaders of mankind is to contemplate, with hearts filled with the spirit of compassion and a desire for truth, the plight of humanity, and to ask themselves whether they cannot, in humility before their Almighty Creator, submerge their theological differences in a great spirit of mutual forbearance that will enable them to work together for the advancement of human understanding and peace.

The emancipation of women, the achievement of full equality between the sexes, is one of the most important, though less acknowledged prerequisites of peace. The denial of such equality perpetrates an injustice against one half of the world's population and promotes in men harmful attitudes and habits that are carried from the family to the workplace, to political life, and ultimately to international relations. There are no grounds, moral, practical, or biological, upon which such denial can be justified. Only as women are welcomed into full partnership in all fields of human endeavour will the moral and psychological climate be created in which international peace can emerge.

The cause of universal education, which has already enlisted in its service an army of dedicated people from every faith and nation, deserves the utmost support that the governments of the world can lend it. For ignorance is indisputably the principal reason for the decline and fall of peoples and the perpetuation of prejudice. No nation can achieve success unless education is accorded all its citizens. Lack of resources limits the ability of

23

many nations to fulfil this necessity, imposing a certain ordering of priorities. The decision-making agencies involved would do well to consider giving first priority to the education of women and girls, since it is through educated mothers that the benefits of knowledge can be most effectively and rapidly diffused throughout society. In keeping with the requirements of the times, consideration should also be given to teaching the concept of world citizenship as part of the standard education of every child.

A fundamental lack of communication between peoples seriously undermines efforts towards world peace. Adopting an international auxiliary language would go far to resolving this problem and necessitates the most urgent attention.

Two points bear emphasizing in all these issues. One is that the abolition of war is not simply a matter of signing treaties and protocols; it is a complex task requiring a new level of commitment to resolving issues not customarily associated with the pursuit of peace. Based on political agreements alone, the idea of collective security is a chimera. The other point is that the primary challenge in dealing with issues of peace is to raise the context to the level of principle, as distinct from pure pragmatism. For, in essence, peace stems from an inner state supported by a spiritual or moral attitude, and it is chiefly in evoking this attitude that the possibility of enduring solutions can be found.

There are spiritual principles, or what some call human values, by which solutions can be found for every social problem. Any well-intentioned group can in a general sense devise practical solutions to its problems, but good intentions and practical knowledge are usually not enough. The essential merit of spiritual principle is that it not only presents a perspective which harmonizes with that which is immanent in human nature, it also induces an attitude, a dynamic, a will, an aspiration, which facilitate the discovery and implementation of practical measures. Leaders of governments and all in authority would be well served in their efforts to solve problems if they would first seek to identify the principles involved and then be guided by them.

24

## III

The primary question to be resolved is how the present world, with its entrenched pattern of conflict, can change to a world in which harmony and co-operation will prevail.

World order can be founded only on an unshakeable consciousness of the oneness of mankind, a spiritual truth which all the human sciences confirm. Anthropology, physiology, psychology, recognize only one human species, albeit infinitely varied in the secondary aspects of life. Recognition of this truth requires abandonment of prejudice—prejudice of every kind—race, class, colour, creed, nation, sex, degree of material civilization, everything which enables people to consider themselves superior to others.

Acceptance of the oneness of mankind is the first fundamental prerequisite for reorganization and administration of the world as one country, the home of humankind. Universal acceptance of this spiritual principle is essential to any successful attempt to establish world peace. It should therefore be universally proclaimed, taught in schools, and constantly asserted in every nation as preparation for the organic change in the structure of society which it implies.

In the Bahá'í view, recognition of the oneness of mankind "calls for no less than the reconstruction and the demilitarization of the whole civilized world—a world organically unified in all the essential aspects of its life, its political machinery, its spiritual aspiration, its trade and finance, its script and language, and yet infinite in the diversity of the national characteristics of its federated units."

Elaborating the implications of this pivotal principle, Shoghi Effendi, the Guardian of the Bahá'í Faith, commented in 1931 that: "Far from aiming at the subversion of the existing foundations of society, it seeks to broaden its basis, to remold its institutions in a manner consonant with the needs of an ever-changing world. It can conflict with no legitimate allegiances, nor can it undermine essential loyalties. Its purpose is neither to stifle the flame of a sane and intelligent patriotism in men's hearts, nor to abolish the system of national autonomy so essential if the evils of excessive centralization are to be avoided. It does not ignore, nor does it attempt to suppress, the diversity of ethnical origins, of climate, of history, of language and tradition, of thought and habit, that differentiate the peoples and nations of the world. It calls for a wider loyalty, for a larger aspiration than any that has animated the human race. It insists upon the subordination of national impulses and interests to the imperative claims of a unified world. It repudiates excessive centralization on one hand, and disclaims all attempts at uniformity on the other. Its watchword is unity in diversity".

The achievement of such ends requires several stages in the adjustment of national political attitudes, which now verge on anarchy in the absence of clearly defined laws or universally accepted and enforceable principles regulating the relationships between nations. The League of Nations, the United Nations, and the many organizations and agreements produced by them have unquestionably been helpful in attenuating some of the negative effects of international conflicts, but they have shown themselves incapable of preventing war. Indeed, there have been scores of wars since the end of the Second World War; many are yet raging.

The predominant aspects of this problem had already emerged in the nineteenth century when Bahá'u'lláh first advanced his proposals for the establishment of world peace. The principle of collective security was propounded by him in statements addressed to the rulers of the world. Shoghi Effendi commented on his meaning: "What else could these weighty words signify," he wrote, "if they did not point to the inevitable curtailment of unfettered national

25

sovereignty as an indispensable preliminary to the formation of the future Commonwealth of
all the nations of the world? Some form of a world super-state must needs be evolved, in
whose favour all the nations of the world will have willingly ceded every claim to make war,
certain rights to impose taxation and all rights to maintain armaments, except for purposes of
maintaining internal order within their respective dominions. Such a state will have to include
within its orbit an International Executive adequate to enforce supreme and unchallengeable
authority on every recalcitrant member of the commonwealth; a World Parliament whose
members shall be elected by the people in their respective countries and whose election shall
be confirmed by their respective governments; and a Supreme Tribunal whose judgement will
have a binding effect even in such cases where the parties concerned did not voluntarily agree
to submit their case to its consideration.

"A world community in which all economic barriers will have been permanently demolished
and the interdependence of capital and labour definitely recognized; in which the clamour of
religious fanaticism and strife will have been forever stilled; in which the flame of racial
animosity will have been finally extinguished; in which a single code of international law—
the product of the considered judgement of the world's federated representatives—shall have
as its sanction the instant and coercive intervention of the combined forces of the federated
units; and finally a world community in which the fury of a capricious and militant
nationalism will have been transmuted into an abiding consciousness of world citizenship—
such indeed, appears, in its broadest outline, the Order anticipated by Bahá'u'lláh, an Order
that shall come to be regarded as the fairest fruit of a slowly maturing age."

The implementation of these far-reaching measures was indicated by Bahá'u'lláh: "The time
must come when the imperative necessity for the holding of a vast, an all-embracing
assemblage of men will be universally realized. The rulers and kings of the earth must needs
attend it, and, participating in its deliberations, must consider such ways and means as will lay
the foundations of the world's Great Peace amongst men."

The courage, the resolution, the pure motive, the selfless love of one people for another—all
the spiritual and moral qualities required for effecting this momentous step towards peace are
focused on the will to act. And it is towards arousing the necessary volition that earnest
consideration must be given to the reality of man, namely, his thought. To understand the
relevance of this potent reality is also to appreciate the social necessity of actualizing its
unique value through candid, dispassionate and cordial consultation, and of acting upon the
results of this process. Bahá'u'lláh insistently drew attention to the virtues and
indispensability of consultation for ordering human affairs. He said: "Consultation bestows
greater awareness and transmutes conjecture into certitude. It is a shining light which, in a
dark world, leads the way and guides. For everything there is and will continue to be a station
of perfection and maturity. The maturity of the gift of understanding is made manifest through
consultation." The very attempt to achieve peace through the consultative action he proposed
can release such a salutary spirit among the peoples of the earth that no power could resist the
final, triumphal outcome.

Concerning the proceedings for this world gathering, 'Abdu'l-Bahá, the son of Bahá'u'lláh
and authorized interpreter of his teachings, offered these insights: "They must make the Cause
of Peace the object of general consultation, and seek by every means in their power to
establish a Union of the nations of the world. They must conclude a binding treaty and
establish a covenant, the provisions of which shall be sound, inviolable and definite. They
must proclaim it to all the world and obtain for it the sanction of all the human race. This

26

supreme and noble undertaking—the real source of the peace and well-being of all the world—should be regarded as sacred by all that dwell on earth. All the forces of humanity must be mobilized to ensure the stability and permanence of this Most Great Covenant. In this all-embracing Pact the limits and frontiers of each and every nation should be clearly fixed, the principles underlying the relations of governments towards one another definitely laid down, and all international agreements and obligations ascertained. In like manner, the size of the armaments of every government should be strictly limited, for if the preparations for war and the military forces of any nation should be allowed to increase, they will arouse the suspicion of others. The fundamental principle underlying this solemn Pact should be so fixed that if any government later violate any one of its provisions, all the governments on earth should arise to reduce it to utter submission, nay the human race as a whole should resolve, with every power at its disposal, to destroy that government. Should this greatest of all remedies be applied to the sick body of the world, it will assuredly recover from its ills and will remain eternally safe and secure."

The holding of this mighty convocation is long overdue.

With all the ardour of our hearts, we appeal to the leaders of all nations to seize this opportune moment and take irreversible steps to convoke this world meeting. All the forces of history impel the human race towards this act which will mark for all time the dawn of its long-awaited maturity.

Will not the United Nations, with the full support of its membership, rise to the high purposes of such a crowning event?

Let men and women, youth and children everywhere recognize the eternal merit of this imperative action for all peoples and lift up their voices in willing assent. Indeed, let it be this generation that inaugurates this glorious stage in the evolution of social life on the planet.

## IV

The source of the optimism we feel is a vision transcending the cessation of war and the creation of agencies of international co-operation. Permanent peace among nations is an essential stage, but not, Bahá'u'lláh asserts, the ultimate goal of the social development of humanity. Beyond the initial armistice forced upon the world by the fear of nuclear holocaust, beyond the political peace reluctantly entered into by suspicious rival nations, beyond pragmatic arrangements for security and coexistence, beyond even the many experiments in co-operation which these steps will make possible lies the crowning goal: the unification of all the peoples of the world in one universal family.

Disunity is a danger that the nations and peoples of the earth can no longer endure; the consequences are too terrible to contemplate, too obvious to require any demonstration. "The well-being of mankind," Bahá'u'lláh wrote more than a century ago, "its peace and security, are unattainable unless and until its unity is firmly established." In observing that "mankind is groaning, is dying to be led to unity, and to terminate its age-long martyrdom", Shoghi Effendi further commented that: "Unification of the whole of mankind is the hall-mark of the stage which human society is now approaching. Unity of family, of tribe, of city-state, and nation have been successively attempted and fully established. World unity is the goal towards which a harassed humanity is striving. Nation-building has come to an end. The anarchy inherent in state sovereignty is moving towards a climax. A world, growing to maturity, must abandon this fetish, recognize the oneness and wholeness of human relationships, and establish once for all the machinery that can best incarnate this fundamental principle of its life."

All contemporary forces of change validate this view. The proofs can be discerned in the many examples already cited of the favourable signs towards world peace in current international movements and developments. The army of men and women, drawn from virtually every culture, race and nation on earth, who serve the multifarious agencies of the United Nations, represent a planetary "civil service" whose impressive accomplishments are indicative of the degree of co-operation that can be attained even under discouraging conditions. An urge towards unity, like a spiritual springtime, struggles to express itself through countless international congresses that bring together people from a vast array of disciplines. It motivates appeals for international projects involving children and youth. Indeed, it is the real source of the remarkable movement towards ecumenism by which members of historically antagonistic religions and sects seem irresistibly drawn towards one another. Together with the opposing tendency to warfare and self-aggrandizement against which it ceaselessly struggles, the drive towards world unity is one of the dominant, pervasive features of life on the planet during the closing years of the twentieth century.

The experience of the Bahá'í community may be seen as an example of this enlarging unity. It is a community of some three to four million people drawn from many nations, cultures, classes and creeds, engaged in a wide range of activities serving the spiritual, social and economic needs of the peoples of many lands. It is a single social organism, representative of the diversity of the human family, conducting its affairs through a system of commonly accepted consultative principles, and cherishing equally all the great outpourings of divine guidance in human history. Its existence is yet another convincing proof of the practicality of its Founder's vision of a united world, another evidence that humanity can live as one global society, equal to whatever challenges its coming of age may entail. If the Bahá'í experience

28

can contribute in whatever measure to reinforcing hope in the unity of the human race, we are happy to offer it as a model for study.

In contemplating the supreme importance of the task now challenging the entire world, we bow our heads in humility before the awesome majesty of the divine Creator, Who out of His infinite love has created all humanity from the same stock; exalted the gem-like reality of man; honoured it with intellect and wisdom, nobility and immortality; and conferred upon man the "unique distinction and capacity to know Him and to love Him", a capacity that "must needs be regarded as the generating impulse and the primary purpose underlying the whole of creation."

We hold firmly the conviction that all human beings have been created "to carry forward an ever-advancing civilization"; that "to act like the beasts of the field is unworthy of man"; that the virtues that befit human dignity are trustworthiness, forbearance, mercy, compassion and loving-kindness towards all peoples. We reaffirm the belief that the "potentialities inherent in the station of man, the full measure of his destiny on earth, the innate excellence of his reality, must all be manifested in this promised Day of God." These are the motivations for our unshakeable faith that unity and peace are the attainable goal towards which humanity is striving.

At this writing, the expectant voices of Bahá'ís can be heard despite the persecution they still endure in the land in which their Faith was born. By their example of steadfast hope, they bear witness to the belief that the imminent realization of this age-old dream of peace is now, by virtue of the transforming effects of Bahá'u'lláh's revelation, invested with the force of divine authority. Thus we convey to you not only a vision in words: we summon the power of deeds of faith and sacrifice; we convey the anxious plea of our co-religionists everywhere for peace and unity. We join with all who are the victims of aggression, all who yearn for an end to conflict and contention, all whose devotion to principles of peace and world order promotes the ennobling purposes for which humanity was called into being by an all-loving Creator.

In the earnestness of our desire to impart to you the fervour of our hope and the depth of our confidence, we cite the emphatic promise of Bahá'u'lláh: "These fruitless strifes, these ruinous wars shall pass away, and the 'Most Great Peace' shall come."

THE UNIVERSAL HOUSE OF JUSTICE

# Document no 9. - FAQ & Background info.

This 8 pages complement document contains important background information and Frequently Asked Questions (FAQ) about this case and Press release. Please note that PRWEB has automatically distributed this PR to its subsidiaries/contacts like Emediawire, Mediaserver and other affiliated blogs on the Web, sometimes WITHOUT the attached files, because this feature is not supported on some of those sites. On the other side, I did not reproduce this press release with any other organization or website, except and only with Indymedia.org around the same time. Also, I have NOT posted ANYTHING (my live trades or related predictions) for the past 12 months (since June 2006) ANYWHERE (at Oanda's or at any other website/blog). Today's date: 21 May 2007. All my electronic communication (including access to ALL my real money, live game and contest accounts) have been made from the same workplace and SAME unique permanent IP address, over the past 5 years. Neither do I have a personal or professional relationship with Oanda nor do I have ANY relation with ANY of its public forum participants. Finally, for the record and for clarity, I had ONE (only) handle at Oanda's forum ("Swiss Alchemist") for the ENTIRE duration of my postings. I HAD NO OTHER HANDLE.

# FAQ & Background Information in complement to the PRWEB Press Release on 14th November 2006, titled: "Warning: You are about to enter the 4th Dimension of your Life"

**www.geocities.com/sam07012**

FAQ & Background Information in complement to the PRWEB Press Release on 14th November 2006, titled: "Warning: You are about to enter the 4th Dimension of your Life".................................................................................................................

Q1. Who are your enemies? ..............................................................................................

Q2. How do you know you are targeted personally? ..................................................

Q3. Did you ask the help of a Lawyer? ...........................................................................

Q4. Are you ready to meet with an independent investigative authority other than the FBI to explain your case? May be like an audit firm? ................................................

Q5. What is your current profession and qualifications? ...........................................

Q6. Are you member of any political organization? ....................................................

Q7. What is your religious affiliation? ............................................................................

Q8. What are main teachings of the Baha'i Faith? .......................................................

Q9. What is your nationality? ............................................................................................

Q. Are Baha'is still persecuted in Iran today? ..............................................................

Q10. For those of us who are not specialist of Forex: .................................................

Technically speaking, how is it possible to manipulate the market? ........................

Q11. What are those plans for World Peace that you speak of, exactly? ..............

Q12. What about the Baha'is themselves, did they support you? .............................

Q13. Why did you come to New York in 1999? ............................................................

Q14. Do you consider yourself American now? ............................................................

Q15. What is/was your main competitive advantages in trading Forex (to obtain the excellent results you did during the Contest)? ...............................................................

Q16. What would be the economic consequences of this peace plan? ..................

Q17. Have you contacted the press regarding your case? What was the response? .................................................................................................................................................

Q18. What did you say on Oanda? ..................................................................................

Q19. What was the reaction then? ...................................................................................

## Q1. Who are your enemies?

The International bankers are certainly part of it. The market manipulation that is described in the Blog at Oanda can be done ONLY by those who control the world of finance globally, given the size of the Forex market (2 trillion dollars daily turnover).

### Q. Who are they specifically?

Don't want to speculate but the Swiss banks are certainly part of it with $4 trillions of assets under management, and some others who hide behind their bank accounts secretly.

## Q2. How do you know you are targeted personally?

Through the Factual, Statistical and Scientific Analysis of my trade records only.

Did not make 1 cent of profit overall in 4 years (not even a floating profit). To simplify, if I buy a significant amount the market reverses and get me into a margin call and reverses then. I have been able to predict the market (also it is always against my own positions in the market) with certainty numerous times because of that fact. It has never failed so far. Please note that I have absolutely no control at which point I will get a margin call. It's just a function of the total equity in the account. (So, it can't be that I miraculously guess the market but unconsciously I would do the opposite). Even when I turned 10K into 150K in one month in the game Contest, I could not guess the market like that. Far from it!

Please note this can be done for ONE person only worldwide, because there is only ONE exchange rate (more or less) worldwide for any currency pair at any ONE time.

For more information, see the real account examples given in the attached files.

### Q. Would you say that 6 months of evidence as you have provided is sufficient proof?

Yes statistically speaking. For the rest have asked the Southern District Attorney's Office in Manhattan and the FBI to look into that matter in March and April 2005, but they have refused to do it so far.

Q. Do you know why they have refused?

They did not tell. May be because the FBI was ordered not to by Washington DC.

(Only plausible reason given what is at stake here and the facts as reported to them)

## Q3. Did you ask the help of a Lawyer?

Yes, did and more than once. Through ACLU in 2005 and others but none has accepted to take this case.

Q. Do you know why?

ACLU in New Jersey said they have other priorities, which is a way for to say they are under control and for the rest: don't know. (Just no answer to the inquiry, except one. Still waiting for a response.)

## Q4. Are you ready to meet with an independent investigative authority other than the FBI to explain your case? May be like an audit firm?

YES.

Entire 4 years of trading record is available under the condition that all trades made in the real accounts to be played back simultaneously with margin call levels, equity, profits etc.

Exactly like it was while trading in real-time, including major news releases, since it also affected the markets. Ready to meet with an independent auditing firm if need be and if basic conditions of competency, fairness and transparency are met.

## Q5. What is your current profession and qualifications?

-An Independent professional Forex Trader for the past 5 years. (Electronic trading)

-Securities Licenses: Series 24 (General Securities Principal) & 7/63 in New York City between 2000 and 2001. Clean S.E.C record. CRD # 4279568.

-Obtained Masters degree in record time in the US in 1993 (Exchange Student from Switzerland.)

-Prior to that; a Bachelor in Business and Economics from the University of Lausanne in October 1989. (Baccalaureate in Math and Sciences obtained before that in Pully, Switzerland.)

-Administrator of the ICRC between 1.1995 and 1.1997

-Languages spoken: English, French, German and Persian.

-The complete audited CV can be accessed at the NASD.

-No criminal record ever and no debt.

### Q. What was your Masters thesis subject?

Computer Aided Learning Project: A new way of learning and teaching.

## Q6. Are you member of any political organization?

No, I am not.

### Q. Are you or have you been affiliated with any organization, secretly or overtly?

No, not, any.

## Q7. What is your religious affiliation?

Born into a Baha'i family. (See www.bahai.org).

Not religious per say but very ethical and honest (may be too much).

## Q8. What are main teachings of the Baha'i Faith?

-Unity of God,

-Unity of the religions

-Unity of mankind,

-Unity in diversity,

-Gender Equality

-Unity between Science and religion

-Independent Investigation of the Truth

-Abolition of the extremes in wealth and poverty

## Q9. What is your nationality?

Swiss citizen (born in Iran)

## Q. Are Baha'is still persecuted in Iran today?

Yes they are. (See bahai.org)

## Q. Are you persecuted?

Yes, also it is for (slightly) different reasons and by a different group of people.

## Q. Could you be more specific?

Besides the above trading activity: Illegal (electronic) Surveillance, Smear Campaigns, Character
assassination, harassment, "Mobbing" at the work place in Switzerland. No access to proper legal
defense, racism, discrimination based on previous religious (Baha'i) affiliation, black listed

35

professionally and possibly disruption of communications for about 10 years. Not to speak about jealousy.

## Q10. For those of us who are not specialist of Forex:

## Technically speaking, how is it possible to manipulate the market?

-Price fixing,

-Secret Societies,

-Pyramidal Control and schemes,

-Momentum trading,

-Option (& other Derivatives) trading,

-Through massive long or short,

-Hedge funds,

-Onshore/Offshore accounts,

-Program trades & pseudo Program Trades

-Electronic Algorithm trading,

-Black Boxes,

-Central bank intervention (only legal manner),

-Verbal intervention,

-Economic Indicators,

-News and other major events.

### Q. Do you have concrete examples?

YES. Besides very own examples, read the daily financial press: Rothschild, Enron, UBS, Credit Suisse, JP Morgan, Citibank, etc. (the list is very long)

## Q11. What are those plans for World Peace that you speak of, exactly?

See "the Promise of World Peace" written by the Baha'i Universal House of Justice in October 1985. It's all said there, entirely and completely.

### Q. Could you mention one recommendation that stands out in that document?

All of them stand out. One can mention the need for a Collective Global Security Agreement to be signed into law, possibly at the United Nations. Again, there are many others. You just need to read the document entirely. Document available at: http://reference.bahai.org/en/t/uhj/PWP/pwp-1.html#pg2 for free.

## Q12. What about the Baha'is themselves, did they support you?

In Switzerland, not really. A bunch of hypocrites and opportunists, not to say more. Don't know why. May be they were lied to as part of the scheme to discredit and isolate; or they are plain corrupt (some of them, not the Faith itself).

### Q. What about you? Did you have any contention with them?

No, not. In fact, did much financial and other contribution over the years (since 1986) and volunteered without success to the Baha'i World Center many times since 1988.

### Q. Do you know why your application was rejected?

Not really. Model student/graduate and a Baha'i in good standing with some part time work experience as a private teacher. Had also many referral letters from Professors in Switzerland for graduate studies in America as an exchange student. The official response was that they had many volunteer candidates to choose from; also applied more than 5 times over the years and was approved once to serve (always for non- paid service) after Swiss naturalization but was mysteriously rejected again at the end without real explanations.

## Q13. Why did you come to New York in 1999?

To promote World Peace mainly and to develop and progress individually.

## Q14. Do you consider yourself American now?

Always did. The Baha'is consider themselves as "citizens of the world". This includes American citizenship of course.

## Q15. What is/was your main competitive advantages in trading Forex (to obtain the excellent results you did during the Contest)?

It was certainly not chance:

-Professional training and experience as explained before.

-Hard work. Long hours of observation and analysis of the markets,

-Passion to learn and work in that field.

-The knowledge of the markets thanks to many hours of studies.

-Many technical details and discoveries that make all the difference after all (only a few are explained in the Blog)

-Math and science.

-Exploitation of market inefficiencies.

-Use of leverage

-A new approach to risk management.

-Proprietary indicators and tools.

-NO INSIDE INFORMATION

### Q. Tell us more about your 13 months real time Contest Results

-The Contest works the same as a real account (both are real-time).

-Constantly amongst the bests all year long.

-On average may be 30% return monthly if best month and worth month excluded

-If not may be more like 50% per month.

38

-One-month real time result: Return on Investment (ROI) of 1500% (see attached files)

-Another month: 300%

-Yet another month: 200% ROI

-Had best overall results 3 times (during 3 months) among all participants.

-Won first prize once because the company did not want to pay for the 2 other times. Prize: $1000 in live account.

-Over 600 trades in real-time during the contest in 13 months. It is statistically very significant. It was in all types of environment: market trending up, down and sideways.

It was with Eurodollar trading with 5 pips spread. Today most brokers offer 3 pips spread only. Therefore, those good results could still be improved if the conspiracy is removed.

## Q16. What would be the economic consequences of this peace plan?

Some are literally mentioned like elimination of extremes of wealth and poverty worldwide.

Other points are direct consequences of those plans like worldwide disarmament. It would be more a transfer of wealth than an impediment on the economy over the longer run. May be trillions of dollars of transfer from the military budget towards development including education, health services, construction and infrastructure, locally and internationally. Also, many trillions of dollars would become taxable because of a world government since there would be no country to hide in (single world authority). Money laundering would also be stopped for the same set of reasons. Other points are indirectly linked like monetary policy and the emergence of a unique world currency. That means no more speculation in Forex. May be the new currency would be backed by Gold (return to the gold standard with a different scale.). Those who oppose the Baha'i Peace Plan do not want that to happen at any cost.

It will happen through voluntary measures or through wars as stated in the Baha'i message. The world leaders have unfortunately taken the latter path since then (1986) until today.

## Q17. Have you contacted the press regarding your case? What was the response?

The New York Times in a letter and the Wall Street Journal by email because it is a matter of national security and beyond if you understand what is involved here. Strangely, none responded.

### Q. Do you know why?

International financiers through their advertising revenues and debt issuing among other things control the medias. They are part of the conspiracy also it is indirectly by refusing to report facts about matters of national security. PRWEB and the Internet is a way to share the message, also the audience is very limited in comparison.

### Q. What did you do then?

Went on the C-span public forum in August 2003 to denounce publicly the conspiracy by predicting with certainty the market because of the conspiracy. C-span shut the forum down in 2004 and said they were going to open it later in 2004, but until now their forum is still closed and the archived information not accessible.

## Q18. What did you say on Oanda?

The same as on C-span but much focused on the facts as they happened. First the reason to enter the first trade: Fundamental, technical and quantitative reasons and then what happened. The margin call point gives the target and reversal point; and the entry points average provides the stop loss (point at which the account would have a floating profit.)

## Q19. What was the reaction then?

In short, people were amazed that the prediction became true and that all market actions confirmed the conspiracy beyond any doubt during the 6 months of online exposure. Later however some people could not believe the reason why it was done. So they started to disbelieve, also nobody was able to disprove anything regarding the irrefutable evidence. Please see attached file of the trade entries and the margin call points.

Truly hard to believe but entirely true and it has been like that for 4 years.

40

Actually, was proposed to be included in books and TV shows on Oanda quite recently but celebrity is not the goal (contrary to what was said previously about media access). The person who proposed is ignorant of the bigger picture apparently: The relationship between the banks and the medias that is. Justice is the objective, including reparation for the immense tort; but also obtain public knowledge for those facts, because after all it's about the world's future.

END

# Evidence no 10. - Proof of real-time online (& VoIP) espionage/surveillance



Proof of realtime online surveillance/espionage and illicit/illegal computer access/intrusion despite up-to-date comprehensive computer protection with Microsoft "One Care". Microsoft One Care is a security system that includes a firewall, an Anti-Virus and an Anti-spyware and updates for the Operating System that downloads automatically on a daily basis over the Internet (It's the green icon/sign "1" on the right hand side of the screen's picture.) This spyware would also allow anyone to monitor all my communications, electronic trades and positions in the market in real-time. The FBI in NY was informed about this problem in late 2006, but strangely, again, refused to take any action or simply to provide ANY explanation for their non-action/decision, (also they initially said they would in their email, as required by law, and also because I was physically attacked at night by strangers near my home while I was biking (June 2006, after my postings on Oanda's public forum). I have noticed that there is an armed State police trooper who moved to live next to my home soon afterwards - though I am not sure there is any link between those two events).

42

# Evidence no 11. - May 2003 Live Contest (real-time, not real money) Results - Won 1st Prize



This is my 3rd (and last) best month a/c report in this live (game) global FX trading Contest. I stopped participating in the contest after that, since I won the first prize and was paid for it (at last!), and according to their rules I could not participate again in this contest for 1 year. Please note that my old real money a/c at MGforex was transfered into this newly opened a/c opened for the occasion, so for the disclosure, you know there was a real money trading record that started a few months earlier and which experienced the exact same fate since day 1, as my 2 other accounts opened later at a different brokerage Company. Also, my trading was/is not based on "guesses" (if it means "gambling", because I did NOT gamble), but on PROVEN STATISTICAL ARBITRAGE strategies, novel/proprietary tested strategies, heavy maths/science/quantitative/technical analysis (though not a

43

"mechanical/automated" system for maximum flexibility/adaptability AND NO EXTERNAL SIGNAL PROVIDER EITHER), market psychology, risk management, thanks to back-testing, computers, integrated information systems and Electronic Communications Network (ECN) access to the interbank market. Reuters and a consortium of 90 major banks shut down Atriax exactly when I started my real money trading for no apparent reason (April 2002). I was a member of Atriax company because of my earlier association with a Wall Street currency firm. My opponents probably thought this would blind me somehow but I got my best results in the live Contest (with a return of 1500% per month!!) AFTER I had no more access to all this information given it was an educational tool more than anything else at the end. The same happened with the two other websites I was using at that time, again with no effect on my results in the live Contest.

## Evidence no 12. - INVESTEC's Work Contract (www.investec.com)

 Investec

March 5, 2001

Immigration and Naturalization Service
75 Lower Welden Street
St. Albans VT 05479-0001

Re:   Soheil Zaerpour

Dear Sir/Madam:

This letter will serve to confirm our offer of employment to the above-named individual whom we wish to employ as an Investment Stock and Bond Research Analyst and Financial Consultant. We were established in 1993 and currently employ 881 individuals. Our corporation has a gross annual revenue in excess of one hundred million dollars.

We have interviewed Mr. Zaerpour and, based upon his Master's degree in Business Administration, we feel he is fully qualified to assume this position with our company.

The position of Financial Consultant and Research Analyst is quite complex and requires an individual to have a wide spectrum of professional financial knowledge. The individual will be required to review companies' financial sheets, examine and review financial documents, discount earning reports, business plans, cash flow charts and income statements and prepare detailed reports and recommendations for our company and our clientele. The individual will be expected to provide financial consultation to our clientele as well.

The position also requires an individual to have a knowledge of the debt, stock and bond markets and how to price instruments or determine their value. These are quite complex concepts and it is the standard in the industry, for individuals who are hired in this capacity as to have, at a minimum to have a bachelor's degree in business, accounting or finance. These degrees typically provide an individual with the academic knowledge which is needed and appropriate for the position at hand.

We would therefore like to employ Mr. Zaerpour from on or about March 1, 2001 until March 1, 2007 at a yearly salary of $ _____.

Very truly yours,

*[signature]*

Ted Locke
Deputy General Counsel

Statement by Investec Co. of my professional qualifications to the US authorities. Since 2004, I have been holding permanent resident status in the U.S. (Swiss ppt/Green card). Like for any recruits or officers of an investment bank, I had to undergo a thorough personal, professional and criminal background check by the FBI/SEC in 2000 before my registration with the S.E.C. (series 7/63/24 licenses) and again before the obtention of my Green card in 2004 (including a comprehensive medical examination by a US approved M.D., and a thorough security background check in Washington D.C., as part of the standard procedure. I have been trading Forex independently for the past 5 years (since 2001) after leaving Investec freely (as reported on the U5 form, which has been amended. GKN Securties and Investec are the SAME companies. Investec acquired GKN Securities at the time of my recruitment). I thought also that I could make it on my own even better; until I realized two years

45

later, in 2003, that my opponents where ABLE and foremost WILLING to manipulate the 2 trillion dollars global FOREX market just FOR ME, CONSTANTLY and FOR AS OFTEN/AS LONG AS I WOULD KEEP TRADING IT (while I remained mostly silent about their actions) and for AS LONG IT WOULD HAVE NO REAL CONSEQUENCES FOR THEM (eventhough my amounts are/were very small in comparison to the size of the Forex market). Also, because when you have a trading RECORD, you can naturally manage funds for others (and share profits like in hedge funds) to make greater profits, beside compounding my own money. I DO have this record however in my LIVE/realtime contest and LIVE Oanda FX game a/c also neither are real money accounts. That's one big mistake they made among others (partly due to their arrogance), since it leaves an undisputed trace in my live real money accounts (including but not limited to, reversing the market after my margin calls each time). Did the Bible not say that Satan is "satan" because he became arrogant in front of God? I guess it is in his essence somehow; he can't help it (or they have no other choice). It is said that "LOVE CONQUERS ALL" (But can LOVE conquer Satan himself or his highest "servants"? That is the question). He can also repent, because that would help. I think we have to work for both: repentence/correction/JUSTICE and LOVE.

# Evidence no 13. - Oanda Live Game account (Real time, NOT real money)



This is the same Live Oanda Game account as shown below (I have NO other game account(s) at Oanda or elsewhere.) Account traded CONSERVATIVELY since April 2006 (exactly ONE YEAR as of today, 31st March 2007). This A/C shows a return on investment of over 100% (realized profit). Again, the account was NEVER reset and no money has ever been added to the a/c (initial amount $100K). Given the depth of the commodities & forex market, if anybody would have been trading $100 million with my same SKILLS and mindset, he would have ended with $200 million, in the same way ($100 million in profits within ONE YEAR only). This is representing the real potential in making profits (OR MODESTLY, TO SIMPLY MAKE A LIVING) in financial trading, for top-notch professional traders. Finally, you have in the upper RHS the equity line (image pasted) to show the steady and constant / consistent RISE of the Equity Line/Net Asset Value (NAV) of the same account over time with small retracement indicating execution of stop losses as part of the RISK MANAGEMENT technique to preserve capital, since the first trade in the a/c a year ago exactly (this is an INDICATION/Measure of the relatively LOW LEVEL OF RISK involved in trading that a/c despite the high volatility of the market itself and involving many trades over time). My floating loss NEVER exceeded 10-20% of the account at any time although my floating profits have exceeded 20% at some times. ANY amount (small or big) can be COMPOUNDED in the same fashion in a short period of time, if you can trade FREELY (UNLIKE me in my real money accounts) AND PROFESSIONALLY. Unfortunately, many people will sell themselves, their integrity, friends, family, loyalty, country, ideals and dreams for MONEY, power and social acceptance. They will turn a blind eye or commit injustice if it helps them get ahead materially, even if it leads to the death of millions of innocent children on the other side of the planet. This is the society we live in.

# Evidence no 14. - Evaluation report (Employment history verification and education degrees verification) & Police certificate



1. (Rhs) Evaluation and verification of employment history (5 years) and educational degrees while living in Switzerland, for the US immigration application (including graduate degree obtained in Iowa in 1993 as an exchange student from Switzerland). 2. (Lhs) Swiss federal police certificate confirming that I have NEVER had ANY criminal record in Switzerland, or anywhere else for that matter (NO debt either. The document mentions "Swiss origin" which was obtained through a popular vote in 1991 in my Swiss hometown (Lutry/VD) prior to naturalization), attesting of my integration in the country and in consideration of the very favorable communal police report. I NEVER had any PERSONAL business problem with ANY bank in my life while dealing with their legal activities (like lending, mortgage, advisory services, etc). My opponents are the international bankers, tyrants/dictators, corrupt politicians, paid medias, narco-trafficker bankers/money launderers, terrorists, child molesters, and worst of all, fraudulent religious leaders, worshiping money and with the effect of enslaving their followers (whether Jewish, Christian, Muslim, Baha'i or else). They are the worst of all because they CLAIM to be the "moral compass" and example for the country and responsible/paid by all of us to speak the TRUTH and DEFEND JUSTICE and the weak/poor/oppressed but they DON'T (they are impostors and hypocrites indeed). It is said in the Bible that "the LOVE of MONEY is the root of all EVIL" (Timothy, 6:10).

# Evidence no 15. - 2 Referral letters for graduate studies in the USA

Two referral letters (one in French) from my University professors in Lausanne, Switzerland for graduate studies in the USA (double-click on the image to make it larger).

CHARLES IFFLAND

PROFESSEUR À L'UNIVERSITÉ DE LAUSANNE

Lausanne, le 30 septembre 1991

**Recommandation letter**

A qui de droit

Ce mot de recommandation est écrit à la demande de M. Soheil Zaerpour, né le [redacted], d'origine iranienne et de nationalité suisse, auquel l'Ecole des HEC a décerné le 19 octobre 1989 sa licence en sciences économiques mention "gestion de l'entreprise".

M. Zaerpour a suivi en 1988-89 le cours d'économie du développement que je donne en option aux étudiants de dernière année de notre programme de licence. Durant cette année, il a régulièrement participé au cours. J'ai ainsi pu constater l'intérêt qu'il portait à la matière et apprécier la qualité de son attention. Il a obtenu à l'examen un très bon résultat (note 9, dans l'échelle de 0 à 10).

Je me plais à souligner que M. Zaerpour a fait à l'Ecole des HEC un parcours sans faute, avec des moyennes qui se sont améliorées d'année en année. Ayant obtenu son grade à l'âge de 22 ans déjà, il a été l'un de nos plus jeunes licenciés.

Je suis heureux de pouvoir recommander la candidature de M. Zaerpour. Je le fais sans aucune réserve. Il fera honneur à l'institution qui l'accueillera, comme il a fait honneur à la nôtre.

Charles Iffland
Professeur à l'Ecole des HEC

I made the acquaintance of Mr. Soheil Zaerpour during the two-year course in Management Science he followed at the University of Lausanne.

Coming from a familiy which has produced many scientists, he possesses not only intellectual, but also moral and social qualities.

From the purely academic point of view, his marks, particularly in the last year of studies, were amongst the best of his year.

Furthermore, his combination of Eastern and Western cultures enriched his contribution to the course.

Mr. Zaerpour has a sociable and friendly nature. Polite, yet franc and sincere, he has been able to make himself a groupe of excellent friends amongst his fellow students.

I would warmly recommend him to an insitution where he could follow advanced management studies.

I believe that his independent and original thinking have further potential for development which a good university could enhance.

Professor Blaise LARA

Université de Lausanne, 25 September 1991

49

EXHIBIT (2)

# Probe targets rigging in $5.3T currency market

Kevin McCoy, USA TODAY     7:37 p.m. EST November 15, 2013

*Investigators probe whether bank traders manipulated trading in foreign exchange markets*



*(Photo: Manuel Balce Ceneta, AP)*

SHARE        374        53
CONNECT      TWEET

(https://twitter.com/intent/tweet?url=http://usat.ly/HVqXQA&text=Probe%20targets%20rig

Financial market experts have long speculated that the $5.3 trillion-a-day foreign exchange market might be manipulated. Even though the system that pension funds, major businesses and institutional investors rely on to trade world currencies dwarfs other financial markets, it has no outside overseers.

"There's no policeman, really," said Marti Subrahmanyan, a finance and economics professor at New York University's Stern School of Business. "These things have sort of fallen through the cracks. Foreign exchange is really nobody's kind of baby."

Now regulators and law enforcement agencies around the globe are focusing on the market amid suspicion that traders at global banks colluded in electronic messaging groups dubbed "the bandits club" and "the cartel" as they tried to enrich themselves at clients' expense.

The early-stage action marks the latest expansion of probes examining financial benchmarks that affect trillions of dollars in business and personal transactions. Investigators have also focused on suspected manipulation of oil prices, interest rate swaps and the London Interbank Offered Rate, or Libor — used to set rates on mortgages, credit cards and loans.

Great Britain's Financial Conduct Authority said it is "gathering information from a wide range of sources, including market participants" in the multinational foreign exchange probe that includes Swiss regulators and the central banks of Hong Kong and Singapore.

"The manipulation we've seen so far may just be the tip of the iceberg," Attorney General Eric Holder, who heads a U.S. probe, told *The New York Times*. He called it possibly "an extremely consequential investigation."

No banks or traders have been accused of wrongdoing.

JPMorgan Chase, Citigroup, Goldman Sachs, Britain-based Barclays and HSBC, Swiss banking giant UBS, Royal Bank of Scotland and Germany's Deutsche Bank are among the major banks that in recent regulatory filings confirmed their foreign exchange trading is under investigation.

The banks said they have provided information to authorities. Several reportedly suspended some traders or placed them on leave, according to a Nov. 1 federal lawsuit filed by the Haverhill, Mass., city worker retirement system. The lawsuit, which seeks class-action status, targets major banks that dominate the trading.

Traders from several banks discussed their upcoming transactions in online chat rooms or instant-messaging exchanges and nicknamed themselves as members of "the bandits' club" and "the cartel," the lawsuit alleged, citing several media accounts. The sessions hint at collusion in a market experts say bears signs of "susceptibility to index manipulation," the suit charged.

That index represents the foreign exchange rates for 160 world currencies calculated and distributed by a joint venture of The WM Co. and Thomson Reuters. The benchmark is calculated half hourly for 21 major "trade currencies," and hourly for others. Although the market operates around the clock, investors often focus on the daily rates set or "fixed" at 4 p.m., London time. That's when banks guarantee a certain rate for trades of one currency against another.

Several media organizations have reported that investigators suspect bank traders manipulated the market by coordinating high volumes of trades in efforts to nudge currency rates up or down at the 4 p.m. fixing. The tactic is known as "banging the close."

Given the market's vast size, even the suspected bank-trader collusion might have only limited success in moving rates, warned FX Transparency (http://www.fxtransparency.com/2013/06/wmreuters-fix-best-execution-or-banging-the-close-4/), a provider of foreign exchange cost analysis.

However, Subrahmanyan theorized the collusion could produce a fractional move in the daily fixing rate of currency trading pairs. Foreign exchange trading typically involves a measure called a "pip," which represents one basis point or 1/100th of 1%.

Repeated again and again, "just a few pips can make some people a lot of money," said Subrahmanyan.

UNITED STATES DISTRICT COURT

50 WALNUT STREET

NEWARK , NEW JERSEY 07101







7012 1010 0000 8175 0830