Soheil Zaerpour, Pro Se

16-C Thornton Place

Clifton, NJ 07012

Tel. (646) 712-3172

Email: soheil.zaerpour@njwg.cap.gov

Honorable Esther Salas

U.S. District Court for the District of New Jersey

Martin Luther King Building & U.S. Courthouse

50 Walnut Street

Newark, NJ 07101

April 27, 2014

Case number: CV-13-06073

This letter is in reference to the above case.

This case was filed on 10/11/2013 and I did not hear from the Court since December 2014 and would like to know if this Court could update me on its status.

The crime that is done has caused immense damage to my life, my finances, to the American people at large and to the world in terms of opportunity costs and through the multi-trillion dollars derivatives market.

Time lost cannot be recovered for me and "justice delayed is justice denied". Also I take this opportunity to inform the Court that it is the Police department who referred me to the FBI in 2011 and it is the Superior Court in Paterson/NJ (Chief Justice Hon. Thomas Brogan) who has referred me to this Court for those same facts (please see attached documents).

I do not know the identity of the criminals specifically because it has been done electronically and through the financial markets -- which are anonymous to me. I did not know myself such powerful enemies until 2002. I was expecting the FBI to help me obtain some answers so that I can file a complaint in Court and I was hoping they would arrest these criminals at the same time.

The FBI has made unfounded arguments in my opinion and used unrelated cases to support their request for dismissal and asked me to provide references to previous court decisions. To this day they have not provided any plausible explanation for their non-action to this Court. I am positive that no similar case has ever been brought to justice (to compare it to) because the circumstances relating to this case are exceptional and the manipulation of FOREX for one person constantly is unheard of.

Respectfully Submitted,

Soheil Zaerpour, Pro Se

Enclosure.

SUPERIOR COURT OF NEW JERSEY
PASSAIC VICINAGE

**ROBERT TRACY**
Trial Court Administrator

**VANESSA HENDRICKSON**
Civil Division Manager



Passaic County Courthouse
77 Hamilton Street
Paterson, NJ 07505
973-247-8176

## Document Return/Non-Conforming Document Notification

Date: September 4, 2013    Docket No: __Not Assigned Yet__
(Please use this number on all paper in this case)

| Zaerpour | vs | Federal Bureau of Investigation |
|---|---|---|
| Plaintiff | | Defendant |

**Pursuant to the provisions of R.l:5-6 ( c ), enclosed please find the following:**

__XX__ Complaint                               _____ Notice of Motion
_____ Answer                                  _____ Request to Enter Default
_____ Other _____

The attached copy of the answer in the above-captioned matter has been accepted as conforming by the court and marked "received and filed". Court records indicate that the defendant (s):
  _____ was/were **dismissed** in this matter pursuant to R.1:13-7 on _____
  Court notices will be issued to dismiss defendant(s).

**1. The attached document is being returned to you and has been marked "received" but not "filed" as a result of the reason (s) identified below.**
  _____ is/are in default but notices of upcoming court events will be issued to defaulted defendant (s).
  _____ The request to waive" the fee requirement has been denied by the Honorable
  _____ The filing fee is           .
  _____ Case Information Statement is required. Please complete and return.
  _____ Signature is missing on
  __XX__ Other(specify)    Your complaint needs to be filed in the Federal Court.
                           We do not have jurisdiction over this matter.

**2. The attached document has been received and filed by the" court but has been marked non-conforming for the reason(s) identified below.**
  _____ No summons filed for Default requested.
  _____ Other(specify) _____

**As with all filings with the court, please enclose a sufficient sized self-addressed stamped envelope for your return copies of documents.**

If you required any additional information please contact   Jackie Powell  /s/   (973) 247- __8171__
                                                              Signature              Telephone No.

R. 1:5-6 (c) 'if the paper is retransmitted together with the required document or fee, as appropriate, within ten days after the date of the clerk's notice filing will be deemed to have been made on the stamped receipt date."

You are hereby directed to forward a copy of this letter to all counsel of record.



# Department of Justice

**United States Attorney**
**Southern District of New York**

FOR IMMEDIATE RELEASE
NOVEMBER 19, 2003

FBI
JOSEPH A. VALIQUETTE,
JAMES M. MARGOLIN
(212)-384-2715, 2720

CONTACT: U.S. ATTORNEY'S OFFICE
MARVIN SMILON, HERBERT HADAD,
MICHAEL KULSTAD
PUBLIC INFORMATION OFFICE
(212) 637-2600

AUSAS
MARC WEINSTEIN
(212) 637-2347
DEIRDRE McEVOY
(212) 637-2309
MARGARET CIEPRISZ
(212) 637-2506
RITA GLAVIN
(212) 637-2208

## U.S. CHARGES 47 AFTER LONG-TERM UNDERCOVER INVESTIGATION INVOLVING FOREIGN EXCHANGE MARKETS

JAMES B. COMEY, the United States Attorney for the Southern District of New York, and PASQUALE D'AMURO, Assistant Director In Charge of the New York Office of the Federal Bureau Of Investigation "FBI", announced toda' the filing in Manhattan federal court of criminal charges against 47 defendants, resulting from an 18-month-long undercover investigation of fraudulent schemes and other criminal conduct principally in the foreign currency exchange, or 'Forex' markets.

The investigation, which was conducted jointly by the Office of the United States Attorney and the FBI, in coordination with the Commodities Futures Trading Commission 'the 'CFTC' and the United States Securities & Exchange Commission 'the 'SEC', represents law enforcement's most substantial infiltration into corruption in the Forex markets.

The criminal charges announced today allege fraud and other criminal offenses by key players at virtually every level of the foreign currency markets, including by: operators of foreign currency 'boiler rooms,' who are alleged to have defrauded more than a thousand individual investors around the country out of tens of millions of dollars; inte bank currency brokers, who allegedly participated in rigged currency trading schemes; and currency traders at sor of the world's largest financial institutions, who are alleged to have engaged in schemes to defraud their own employers and to have accepted secret cash kick-backs.

The investigation uncovered a wide variety of other alleged misconduct by Forex market participants and others, including various schemes to defraud investors in publicly traded securities, perjury, money laundering, extortion, bankruptcy fraud, narcotics trafficking, and firearms offenses.

Among the principal charges announced today are those contained in a criminal Complaint charging 20 defendant with allegedly participating in a rigged Forex scheme that has pervaded the Forex markets for some 20 years. According to court documents, the scheme ' referred to by its participants as the 'Game,' or 'Points For Cash' involved currency traders at large financial institutions allegedly engaging in rigged trades that were purposely designed to produce losses for their employers' accounts, and corresponding profits for the co-conspirators in the

rigged trades. In exchange for orchestrating 'profits' for their counter-parties, the currency traders allegedly receive cash kickbacks, including in cash-stuffed envelopes delivered to them in diners, the court papers allege. In just a few months, the undercover investigation revealed approximately 123 rigged trades, totaling in excess of $650,00 and cash pay-offs to the currency traders totaling hundreds of thousands of dollars.

The defendants charged in connection with today's announcement include the following: currency traders at JP Morgan Chase, Societe Generale, UBS Warburg Dillon Read, Dresdner Kleinwort Benson, and Israel Discount Bank; a former member of the Federal Reserve Bank's Foreign Exchange Committee; three practicing attorneys; and numerous officers of various publicly-traded companies.

A separate document has been included with this release outlining the specifics of each alleged scheme, a list of each defendant, the exact charges each faces, and the maximum penalties.

Of the 47 defendants charged in connection with today's announcement, 40 defendants were taken into custody b the FBI yesterday and today, 2 defendants were previously arrested, and 4 defendants are still being sought. The defendants in custody are scheduled to be presented before various United States Magistrate Judges in federal courts in Manhattan and elsewhere today.

Separately, the CFTC and the SEC today announced the filing of charges, including commodities fraud charges against Madison Deane & Associates, Inc., Madison Deane Asia Corporation, New York Capital Assets, Inc., ISB Clearing Corp., Free Star Capital Inc., Montgomery Sterling, Inc., William Holbrook & Associates, LLC, Oxford Capital Group LLC, First Lexington Group, Walter Scott Lev, Itradecurrency USA, L.L.C., and principals of these various firms, as well as an injunctive action against United Currency Group and its CEO, ADAM SWICKLE, in connection with a fraudulent offering of unregistered securities.

Mr COMEY stated: 'Today's charges run the gamut of fraud. With more than 1000 victims, from small investors, tc large banks, the losses are in the millions. We believe that today's charges will go a long way to clean up what ha: become for some a culture of corruption in the forex market, but realize that there is much more to do.'

Mr. D'AMURO stated: 'As a trusted business associate of the defendants, our undercover FBI Agent learned that many of the fraudulent activities in foreign currency exchange markets had been ongoing for the past 20 years. In fact, they bragged to the Agent that law enforcement would never be capable of getting close enough to stop then The FBI Agent provided us - quite literally - with an inside look into the manipulation and exploitation of the foreign currency exchange markets. Consistent with one of the basic rules of the marketplace - 'let the buyer beware' - the FBI's message to those who seek to manipulate our markets and defraud investors is simple - BEWARE: The person you are conspiring with may well be an undercover FBI Agent.'

Mr. COMEY praised the investigative efforts of the FBI and its undercover agents who worked this case, and thanked the CFTC and the SEC for their assistance in this
investigation.

Mr. COMEY is a member of President Bush's Corporate Fraud Task Force. He also noted the investigation is continuing.

Assistant United States Attorneys MARC WEINSTEIN, DEIRDRE McEVOY, MARGARET CIEPRISZ and RITA GLAVIN are in charge of the prosecutions.
The charges contained in the Indictments and Complaints are merely accusations, and the defendants are presumed innocent unless and until proven guilty.
03-273

FBI Home Page        Field News

