## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 2037
NEWARK, NJ 07101
973-297-4887

August 11, 2014

## LETTER ORDER

Re:   *Zaerpour v. Federal Bureau of Investigation*
      Civil Action No. 13-6073 (ES) (JAD)

Dear Parties:

Pending before this Court is Defendant Federal Bureau of Investigation's motion to dismiss. (D.E. No. 5). On July 23, 2014, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation ("R&R") recommending that this Court grant the instant motion to dismiss with prejudice. (D.E. No. 9). Magistrate Judge Dickson advised the parties that they had until August 6, 2014 to file and serve any objections to the R&R pursuant to L. Civ. R. 72.1(c)(2). To date, parties have not filed any objections.

The Court has considered the parties' submissions, as well as Judge Dickson's R&R, and for the reasons stated therein,

IT IS on this 11th day of August 2014,

ORDERED that this Court adopts Magistrate Judge Dickson's March 17, 2014 R&R in full; and it is further

ORDERED that the Clerk of Court shall terminate D.E. Nos. 5 & 9 and accordingly close the matter.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J**