Soheil Zaerpour, Pro Se
16 C Thornton Place
Clifton, New Jersey 07012
Telephone: (646) 712-3172
Email: soheil.zaerpour@njwg.cap.gov

# UNITED STATES DISTRICT COURT

### for the

### District of New Jersey

| | |
|---|---|
| Soheil Zaerpour, | HON. Esther Salas |
| Plaintiff, | |
| -vs- | Civil Action No. 13-06073 |
| Federal Bureau of Investigation, | |
| Defendant. | **Further comment against the motion to dismiss by the F.B.I.** |

For the Plaintiff's story to be true (i.e. Forex market manipulation constantly, media censorship, and denial of justice) it requires a supranational entity to control the world financial markets, the media and the court system and judiciary in the US, such as one described in the document entitled *Protocols of the Elders of Zion*.[1]

The only problem is that this document is a "hoax" but Plaintiff's facts are very REAL, statistical, scientific, and verifiable/UNDISPUTABLE (and undisputed by the FBI itself to this day).

Please find attached Plaintiff's legal account statements proving all statements made in the Complaint.

Dated: July 30, 2014                              Very Truly Yours,

                                                  Soheil Zaerpour

Enclosure.

