**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

970 Broad Street, Suite 700
Newark, New Jersey 07102

*general number:* (973) 645-2700
*telephone:* (973)645-2511
*fax:* (973) 297-2010
*e-mail: valorie.d.smith@usdoj.gov*

Electronically Filed and sent via U.S. First Class Mail

August 27, 2014

Honorable Esther Salas
United States District Court
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101

  Re: *Soheil Zaerpour v. Federal Bureau of Investigations*, Civil Case No. 13-6073

Dear Judge Salas:

  This letter is written on behalf of Assistant United States Attorney Karen D. Stringer who is currently on vacation. Please accept this letter as the United States' response to plaintiff's Application/Motion to Reconsider, [D.E. 12], filed in the above-referenced matter.

  As the Court may recall, the United States moved to have this matter dismissed with prejudice, [D.E. 5], and the Court granted that motion by adopting the Report and Recommendations of Magistrate Judge Dickson, [D.E. 10]. Per the Letter Order Adopting Report and Recommendations, the parties had until August 6, 2014 to file and serve any objections. *Id.* Although the Court's docket indicates that plaintiff filed a Response "re: further comment against the Motion to Dismiss" on August 6, 2014, [D.E. 11], it does not reflect that any *objection* was filed to the Report and Recommendations at [D.E. 9]. Accordingly, on August 11, 2014, the Letter Order was entered and the case was closed. [D.E. 10]. On August 20, 2014, plaintiff filed the Application/Motion to Reconsider seeking to have the Court "rescind" its dismissal of the case. [D.E. 12].

  Neither plaintiff's Response, [D.E. 11], nor his Application/Motion to Reconsider, [D.E. 12] have any relevance to or bearing on the arguments made in support of the United States' Motion to Dismiss. *See* [D.E. 5]. As Magistrate Judge Dickson properly determined and this Court affirmed, plaintiff's complaint must be dismissed for lack of subject matter jurisdiction. [D.E. 9 & 10]. Thus, we respectfully refer the Court to the arguments set forth in the Federal Bureau of Investigation's Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Complaint, [D.E. 5-1], and ask the Court to deny plaintiff's Application/Motion to Reconsider.

Thank you for your time and attention to this matter.

                                        Respectfully submitted,

                                        PAUL J. FISHMAN
                                        United States Attorney

                        By:             _____
                                        Valorie D. Smith
                                        Assistant United States Attorney

Cc: Soheil Zaerpour
    16 C Thornton Place
    Clifton, New Jersey 07012

2